# NATERA'S FIRST AMENDED ANSWER, DEFENSES AND COUNTERCLAIMS TO RAVGEN'S COMPLAINT FOR PATENT INFRINGEMENT

[PUBLIC COVER – FILED UNDER SEAL]

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 4th day of May 2021, with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first-class mail on this same date.

Deron R. Dacus
State Bar No. 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

OF COUNSEL:

John M. Desmarais (*pro hac vice*)
Kerri-Ann Limbeek (*pro hac vice*)
Kyle Petrie *(pro hac vice)*
Karl Mullen (*pro hac vice*)
Raymond N. Habbaz (*pro hac vice*)
Julianne M. Thomsen *(pro hac vice)*
Mike Ling (*pro hac vice*)
Mary N. Stottele (*pro hac vice*)
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Phone: (212) 351-3400
Fax: (212) 351-3401
jdesmarais@desmaraisllp.com
klimbeek@desmaraisllp.com
kpetrie@desmaraisllp.com
kmullen@desmaraisllp.com
rhabbaz@desmaraisllp.com
jthomsen@desmaraisllp.com
mling@desmaraisllp.com
mstottele@desmaraisllp.com

                                                            */s/ Stephen M. Hash*
                                                            Stephen M. Hash