# EXHIBIT A

PTO/SB/05 (06-03)
Approved for use through 07/31/2003. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| UTILITY PATENT APPLICATION TRANSMITTAL | Attorney Docket No. | 543312000420 |
|---|---|---|
| (Only for new nonprovisional applications under 37 CFR 1.53(b)) | First Inventor | Ravinder S. DHALLAN |
| | Title | METHODS FOR DETECTION OF GENETIC DISORDERS |
| | Express Mail Label No. | EV336629286US |

**APPLICATION ELEMENTS**
See MPEP chapter 600 concerning utility patent application contents.

ADDRESS TO: MS Patent Application
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

1. [X] Fee Transmittal Form (e.g., PTO/SB/17) (2 pages)
   (Submit an original, and a duplicate for fee processing)
2. [X] Applicant claims small entity status.
   See 37 CFR 1.27.
3. [X] Specification [Total Pages 340]
   (preferred arrangement set forth below)
   - Descriptive title of the invention
   - Cross Reference to Related Applications
   - Statement Regarding Fed sponsored R & D
   - Reference to sequence listing, a table,
     or a computer program listing appendix
   - Background of the Invention
   - Brief Summary of the Invention
   - Brief Description of the Drawings (if filed)
   - Detailed Description
   - Claim(s)
   - Abstract of the Disclosure
4. [X] Drawing(s) (35 U.S.C. 113) [Total Sheets 33]
5. Oath or Declaration [Total Sheets ___]
   a. [ ] Newly executed (original or copy)
   b. [ ] Copy from a prior application (37 CFR 1.63(d))
       (for continuation/divisional with Box 18 completed)
       i. [ ] DELETION OF INVENTOR(S)
          Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).
6. [X] Application Data Sheet. See 37 CFR 1.76 (2 pages)

7. [ ] CD-ROM or CD-R in duplicate, large table or Computer Program (Appendix)
8. Nucleotide and/or Amino Acid Sequence Submission (if applicable, all necessary)
   a. [ ] Computer Readable Form (CRF)
   b. Specification Sequence Listing on:
      i. [ ] CD-ROM or CD-R (2 copies); or  ii. [ ] Paper
   c. [ ] Statements verifying identity of above copies

**ACCOMPANYING APPLICATIONS PARTS**

9. [ ] Assignment Papers (cover sheet & document(s))
10. [ ] 37 CFR 3.73(b) Statement    [ ] Power of Attorney
    (when there is an assignee)
11. [ ] English Translation Document (if applicable)
12. [ ] Information Disclosure Statement (IDS)/PTO-1449  [ ] Copies of IDS Citations
13. [ ] Preliminary Amendment
14. [X] Return Receipt Postcard (MPEP 503)
    (Should be specifically itemized)
15. [ ] Certified Copy of Priority Document(s)
    (if foreign priority is claimed)
16. [ ] Nonpublication Request under 35 U.S.C. 122 (b)(2)(B)(i).
    Applicant must attach form PTO/SB/35 or its equivalent.
17. [ ] Other: ___

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:
   [ ] Continuation  [ ] Divisional  [X] Continuation-in-part (CIP)  of prior application No.: PCT/US03/06198
   Prior application information: Examiner ___  Art Unit: ___

For CONTINUATION or DIVISIONAL APPS only: The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 5b, is considered a part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.

**19. CORRESPONDENCE ADDRESS**

[X] Customer Number: 25226    OR  [ ] Correspondence address below

| Name | |
| Address | |
| City | |
| State | | Zip Code | |
| Country | | Telephone | | Fax | |

| Name (Print/Type) | Eric H. Witt | Registration No. (Attorney/Agent) | 44,408 |
| Signature | [signature] | Date | September 11, 2003 |

I hereby certify that this correspondence is being deposited with the U.S. Postal Service as Express Mail, Airbill No. EV336629286US, in an envelope addressed to: Mail Stop Patent Application, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on the date shown below.

Dated: 9/11/03    Signature: [signature]    (Tamara Alcaraz)

pa-821113

PTO/SB/17 (05-03)
Approved for use through 04/30/2003. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL for FY 2003

*Effective 01/01/2003, Patent fees are subject to annual revision.*

| Complete if Known | |
|---|---|
| Application Number | Not Yet Assigned |
| Filing Date | Concurrently Herewith |
| First Named Inventor | Ravinder S. DHALLAN |
| Examiner Name | Not Yet Assigned |
| Art Unit | Not Yet Assigned |
| Attorney Docket No. | 543312000420 |

[X] Applicant claims small entity status. See 37 CFR 1.27

**TOTAL AMOUNT OF PAYMENT** ($) 3611.00

## METHOD OF PAYMENT *(check all that apply)*

[ ] Check  [ ] Credit Card  [ ] Money Order  [ ] Other  [ ] None
[X] Deposit Account

Deposit Account Number: 03-1952
Deposit Account Name: Morrison & Foerster LLP

The Director is hereby authorized to: *(check all that apply)*
[X] Charge fee(s) indicated below    [X] Credit any overpayments
[X] Charge any additional fee(s) during the pendency of this application
[ ] Charge fee(s) indicated below, **except for the filing fee** to the above-identified deposit account.

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity | | Small Entity | | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | | |
| 1001 | 750 | 2001 | 375 | Utility filing fee | 375.00 |
| 1002 | 330 | 2002 | 165 | Design filing fee | |
| 1003 | 520 | 2003 | 260 | Plant filing fee | |
| 1004 | 750 | 2004 | 375 | Reissue filing fee | |
| 1005 | 160 | 2005 | 80 | Provisional filing fee | |

**SUBTOTAL (1)** ($) 375.00

### 2. EXTRA CLAIM FEES FOR UTILITY AND REISSUE

| | Extra Claims | | Fee from below | | Fee Paid |
|---|---|---|---|---|---|
| Total Claims | 336 | -20** = | 316 | x 9.00 = | 2844.00 |
| Independent Claims | 9 | -3** = | 6 | x 42.00 = | 252.00 |
| Multiple Dependent | | | | 140.00 = | 140.00 |

| Large Entity | | Small Entity | | Fee Description |
|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | |
| 1202 | 18 | 2202 | 9 | Claims in excess of 20 |
| 1201 | 84 | 2201 | 42 | Independent claims in excess of 3 |
| 1203 | 280 | 2203 | 140 | Multiple dependent claim, if not paid |
| 1204 | 84 | 2204 | 42 | ** Reissue independent claims over original patent |
| 1205 | 18 | 2205 | 9 | ** Reissue claims in excess of 20 and over original patent |

**SUBTOTAL (2)** ($) 3236.00

**or number previously paid, if greater; For Reissues, see above*

### FEE CALCULATION (continued)

### 3. ADDITIONAL FEES

| Large Entity | | Small Entity | | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | | |
| 1051 | 130 | 2051 | 65 | Surcharge – late filing fee or oath | |
| 1052 | 50 | 2052 | 25 | Surcharge – late provisional filing fee or cover sheet. | |
| 1053 | 130 | 1053 | 130 | Non-English specification | |
| 1812 | 2,520 | 1812 | 2,520 | For filing a request for ex parte reexamination | |
| 1804 | 920* | 1804 | 920* | Requesting publication of SIR prior to Examiner action | |
| 1805 | 1,840* | 1805 | 1,840* | Requesting publication of SIR after Examiner action | |
| 1251 | 110 | 2251 | 55 | Extension for reply within first month | |
| 1252 | 410 | 2252 | 205 | Extension for reply within second month | |
| 1253 | 930 | 2253 | 465 | Extension for reply within third month | |
| 1254 | 1,450 | 2254 | 725 | Extension for reply within fourth month | |
| 1255 | 1,970 | 2255 | 985 | Extension for reply within fifth month | |
| 1401 | 320 | 2401 | 160 | Notice of Appeal | |
| 1402 | 320 | 2402 | 160 | Filing a brief in support of an appeal | |
| 1403 | 280 | 2403 | 140 | Request for oral hearing | |
| 1451 | 1,510 | 1451 | 1,510 | Petition to institute a public use proceeding | |
| 1452 | 110 | 2452 | 55 | Petition to revive – unavoidable | |
| 1453 | 1,300 | 2453 | 650 | Petition to revive - unintentional | |
| 1501 | 1,300 | 2501 | 650 | Utility issue fee (or reissue) | |
| 1502 | 470 | 2502 | 235 | Design issue fee | |
| 1503 | 630 | 2503 | 315 | Plant issue fee | |
| 1460 | 130 | 1460 | 130 | Petitions to the Commissioner | |
| 1807 | 50 | 1807 | 50 | Processing fee under 37 CFR 1.17(q) | |
| 1806 | 180 | 1806 | 180 | Submission of Information Disclosure Stmt | |
| 8021 | 40 | 8021 | 40 | Recording each patent assignment per property (times number of properties) | |
| 1809 | 750 | 2809 | 375 | Filing a submission after final rejection (37 CFR 1.129(a)) | |
| 1810 | 750 | 2810 | 375 | For each additional invention to be examined (37CFR 1.129(b)) | |
| 1801 | 750 | 2801 | 375 | Request for Continued Examination (RCE) | |
| 1802 | 900 | 1802 | 900 | Request for expedited examination of a design application | |

Other fee (specify)

*Reduced by Basic Filing Fee Paid   **SUBTOTAL (3)** ($) 0.00

### SUBMITTED BY

| | | | Complete (if applicable) | |
|---|---|---|---|---|
| Name (Print/Type) | Eric H. Witt | Registration No. (Attorney/Agent) 44,408 | Telephone | (650) 813-5755 |
| Signature | /Eric H. Witt/ | | Date | September 11, 2003 |

pa-821535

PTO/SB/05 (06-03)
Approved for use through 07/31/2003. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| UTILITY PATENT APPLICATION TRANSMITTAL (Only for new nonprovisional applications under 37 CFR 1.53(b)) | Attorney Docket No. | 543312000420 |
|---|---|---|
| | First Inventor | Ravinder S. DHALLAN |
| | Title | METHODS FOR DETECTION OF GENETIC DISORDERS |
| | Express Mail Label No. | EV336629286US |

**APPLICATION ELEMENTS**
See MPEP chapter 600 concerning utility patent application contents.

**ADDRESS TO:** MS Patent Application
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

1. [X] Fee Transmittal Form (e.g., PTO/SB/17) (2 pages)
   (Submit an original, and a duplicate for fee processing)
2. [X] Applicant claims small entity status. See 37 CFR 1.27.
3. [X] Specification  [Total Pages  340 ]
   (preferred arrangement set forth below)
   - Descriptive title of the invention
   - Cross Reference to Related Applications
   - Statement Regarding Fed sponsored R & D
   - Reference to sequence listing, a table, or a computer program listing appendix
   - Background of the Invention
   - Brief Summary of the Invention
   - Brief Description of the Drawings (if filed)
   - Detailed Description
   - Claim(s)
   - Abstract of the Disclosure
4. [X] Drawing(s) (35 U.S.C. 113)  [Total Sheets  33 ]
5. Oath or Declaration  [Total Sheets ___]
   a. [ ] Newly executed (original or copy)
   b. [ ] Copy from a prior application (37 CFR 1.63(d))
      (for continuation/divisional with Box 18 completed)
      i. [ ] DELETION OF INVENTOR(S)
         Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).
6. [X] Application Data Sheet. See 37 CFR 1.76 (2 pages)

7. [ ] CD-ROM or CD-R in duplicate, large table or Computer Program (Appendix)
8. Nucleotide and/or Amino Acid Sequence Submission (if applicable, all necessary)
   a. [ ] Computer Readable Form (CRF)
   b. Specification Sequence Listing on:
      i. [ ] CD-ROM or CD-R (2 copies); or  ii. [ ] Paper
   c. [ ] Statements verifying identity of above copies

**ACCOMPANYING APPLICATIONS PARTS**
9. [ ] Assignment Papers (cover sheet & document(s))
10. [ ] 37 CFR 3.73(b) Statement (when there is an assignee)  [ ] Power of Attorney
11. [ ] English Translation Document (if applicable)
12. [ ] Information Disclosure Statement (IDS)/PTO-1449  [ ] Copies of IDS Citations
13. [ ] Preliminary Amendment
14. [X] Return Receipt Postcard (MPEP 503) (Should be specifically itemized)
15. [ ] Certified Copy of Priority Document(s) (if foreign priority is claimed)
16. [ ] Nonpublication Request under 35 U.S.C. 122 (b)(2)(B)(i). Applicant must attach form PTO/SB/35 or its equivalent.
17. [ ] Other: _____

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:
   [ ] Continuation   [ ] Divisional   [X] Continuation-in-part (CIP)   of prior application No.: PCT/US03/06198
   Prior application information: Examiner _____   Art Unit: _____

For CONTINUATION or DIVISIONAL APPS only: The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 5b, is considered a part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.

**19. CORRESPONDENCE ADDRESS**

[X] Customer Number: 25226   OR   [ ] Correspondence address below

| Name | |
|---|---|
| Address | |
| City | |
| State | | Zip Code | |
| Country | | Telephone | | Fax | |

| Name (Print/Type) | Eric H. Witt | Registration No. (Attorney/Agent) | 44,408 |
|---|---|---|---|
| Signature | [signed] | Date | September 11, 2003 |

---

I hereby certify that this correspondence is being deposited with the U.S. Postal Service as Express Mail, Airbill No. EV336629286US, in an envelope addressed to: Mail Stop Patent Application, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on the date shown below.

Dated: 9/11/03   Signature: _____ (Tamara Alcaraz)

pa-821113

Barcode markings: 19704 U.S. PTO  10/661165  09/11/03

PTO/SB/17 (05-03)
Approved for use through 04/30/2003. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL for FY 2003

*Effective 01/01/2003, Patent fees are subject to annual revision.*

[X] Applicant claims small entity status. See 37 CFR 1.27

**TOTAL AMOUNT OF PAYMENT** ($) 3611.00

**Complete if Known**

| | |
|---|---|
| Application Number | Not Yet Assigned |
| Filing Date | Concurrently Herewith |
| First Named Inventor | Ravinder S. DHALLAN |
| Examiner Name | Not Yet Assigned |
| Art Unit | Not Yet Assigned |
| Attorney Docket No. | 543312000420 |

## METHOD OF PAYMENT (check all that apply)

[ ] Check  [ ] Credit Card  [ ] Money Order  [ ] Other  [ ] None
[X] Deposit Account

Deposit Account Number: 03-1952
Deposit Account Name: Morrison & Foerster LLP

The Director is hereby authorized to: (check all that apply)
[X] Charge fee(s) indicated below
[X] Credit any overpayments
[X] Charge any additional fee(s) during the pendency of this application
[ ] Charge fee(s) indicated below, **except for the filing fee** to the above-identified deposit account.

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 1001 | 750 | 2001 | 375 | Utility filing fee | 375.00 |
| 1002 | 330 | 2002 | 165 | Design filing fee | |
| 1003 | 520 | 2003 | 260 | Plant filing fee | |
| 1004 | 750 | 2004 | 375 | Reissue filing fee | |
| 1005 | 160 | 2005 | 80 | Provisional filing fee | |

**SUBTOTAL (1)** ($) 375.00

### 2. EXTRA CLAIM FEES FOR UTILITY AND REISSUE

| | Extra Claims | | Fee from below | | Fee Paid |
|---|---|---|---|---|---|
| Total Claims | 336 | -20** = | 316 | x 9.00 = | 2844.00 |
| Independent Claims | 9 | -3** = | 6 | x 42.00 = | 252.00 |
| Multiple Dependent | | | | 140.00 = | 140.00 |

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | |
| 1202 | 18 | 2202 | 9 | Claims in excess of 20 | |
| 1201 | 84 | 2201 | 42 | Independent claims in excess of 3 | |
| 1203 | 280 | 2203 | 140 | Multiple dependent claim, if not paid | |
| 1204 | 84 | 2204 | 42 | ** Reissue independent claims over original patent | |
| 1205 | 18 | 2205 | 9 | ** Reissue claims in excess of 20 and over original patent | |

**SUBTOTAL (2)** ($) 3236.00

**or number previously paid, if greater; For Reissues, see above

### 3. ADDITIONAL FEES

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 1051 | 130 | 2051 | 65 | Surcharge – late filing fee or oath | |
| 1052 | 50 | 2052 | 25 | Surcharge – late provisional filing fee or cover sheet. | |
| 1053 | 130 | 1053 | 130 | Non-English specification | |
| 1812 | 2,520 | 1812 | 2,520 | For filing a request for ex parte reexamination | |
| 1804 | 920* | 1804 | 920* | Requesting publication of SIR prior to Examiner action | |
| 1805 | 1,840* | 1805 | 1,840* | Requesting publication of SIR after Examiner action | |
| 1251 | 110 | 2251 | 55 | Extension for reply within first month | |
| 1252 | 410 | 2252 | 205 | Extension for reply within second month | |
| 1253 | 930 | 2253 | 465 | Extension for reply within third month | |
| 1254 | 1,450 | 2254 | 725 | Extension for reply within fourth month | |
| 1255 | 1,970 | 2255 | 985 | Extension for reply within fifth month | |
| 1401 | 320 | 2401 | 160 | Notice of Appeal | |
| 1402 | 320 | 2402 | 160 | Filing a brief in support of an appeal | |
| 1403 | 280 | 2403 | 140 | Request for oral hearing | |
| 1451 | 1,510 | 1451 | 1,510 | Petition to institute a public use proceeding | |
| 1452 | 110 | 2452 | 55 | Petition to revive – unavoidable | |
| 1453 | 1,300 | 2453 | 650 | Petition to revive - unintentional | |
| 1501 | 1,300 | 2501 | 650 | Utility issue fee (or reissue) | |
| 1502 | 470 | 2502 | 235 | Design issue fee | |
| 1503 | 630 | 2503 | 315 | Plant issue fee | |
| 1460 | 130 | 1460 | 130 | Petitions to the Commissioner | |
| 1807 | 50 | 1807 | 50 | Processing fee under 37 CFR 1.17(q) | |
| 1806 | 180 | 1806 | 180 | Submission of Information Disclosure Stmt | |
| 8021 | 40 | 8021 | 40 | Recording each patent assignment per property (times number of properties) | |
| 1809 | 750 | 2809 | 375 | Filing a submission after final rejection (37 CFR 1.129(a)) | |
| 1810 | 750 | 2810 | 375 | For each additional invention to be examined (37CFR 1.129(b)) | |
| 1801 | 750 | 2801 | 375 | Request for Continued Examination (RCE) | |
| 1802 | 900 | 1802 | 900 | Request for expedited examination of a design application | |

Other fee (specify)

*Reduced by Basic Filing Fee Paid  **SUBTOTAL (3)** ($) 0.00

### SUBMITTED BY

| | | Complete (if applicable) | |
|---|---|---|---|
| Name (Print/Type) | Eric H. Witt | Registration No. (Attorney/Agent) 44,408 | Telephone (650) 813-5755 |
| Signature | /Eric H. Witt/ | | Date September 11, 2003 |

pa-821535

# METHODS FOR DETECTION OF GENETIC DISORDERS

## CROSS-REFERENCE TO RELATED APPLICATIONS

[0001] This application is a continuation-in-part of PCT/US03/06198, filed February 28, 2003, which claims benefit under 35 U.S.C. §119(e) of U.S. Provisional Patent Application No. 60/378,354, filed May 8, 2002, and which is a continuation-in-part of U.S. Patent Application No. 10/093,618, filed March 11, 2002, which claims benefit under 35 U.S.C. §119(e) of U.S. Provisional Patent Application No. 60/360,232, filed March 1, 2002; this application is also a continuation of PCT/US03/_____, Method for Detection of Genetic Disorders, filed August 29, 2003 (Attorney Docket No. 54331-20004.41); this application further is a continuation-in-part of U.S. Patent Application No. 10/376,770, filed February 28, 2003, which claims benefit under 35 U.S.C. §119(e) of U.S. Provisional Patent Application No. 60/378,354, filed May 8, 2002, and which is a continuation-in-part of U.S. Patent Application No. 10/093,618, filed March 11, 2002, which claims benefit under 35 U.S.C. §119(e) of U.S. Provisional Patent Application No. 60/360,232, filed March 1, 2002. The contents of these applications are incorporated by reference in their entirety.

## BACKGROUND OF THE INVENTION

### FIELD OF THE INVENTION

[0002] The present invention is directed to a method for the detection of genetic disorders including chromosomal abnormalities and mutations. The present invention provides a rapid, non-invasive method for determining the sequence of DNA from a fetus. The method is especially useful for detection of chromosomal abnormalities in a fetus including translocations, transversions, monosomies, trisomies, and other aneuplodies, deletions, additions, amplifications, translocations and rearrangements.

### BACKGROUND ART

[0003] Chromosomal abnormalities are responsible for a significant portion of genetic defects in liveborn humans. The nucleus of a human cell contains forty-six (46) chromosomes, which contain the genetic instructions, and determine the operations of the cell. Half of the forty-six chromosomes originate from each parent. Except for the sex chromosomes, which are quite different from each other in normal males, the chromosomes from the mother and the chromosomes from the father make a matched set. The