# EXHIBIT B

PTO/SB/05 (05-05)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| UTILITY PATENT APPLICATION TRANSMITTAL (ONLY FOR NEW NONPROVISIONAL APPLICATIONS UNDER 37 CFR 1.53(B)) | | |
|---|---|---|
| Attorney Docket No. | 543312000401 | |
| First Inventor | Ravinder S. DHALLAN | |
| Title | METHODS FOR DETECTION OF GENETIC DISORDERS | |
| Express Mail Label No. | EV 664382207 US | |

**APPLICATION ELEMENTS**
See MPEP chapter 600 concerning utility patent application contents.

ADDRESS TO: Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

1. [X] **Fee Transmittal Form** (e.g., PTO/SB/17)
   (Submit an original and a duplicate for fee processing) (2 pages)
2. [X] **Applicant claims small entity status.** See 37 CFR 1.27.
3. [X] **Specification** [Total Pages 404]
   Both the claims and abstract must start on a new page
   (For information on the preferred arrangement, see MPEP 608.01(a))
4. [X] **Drawing(s)** (35 U.S.C. 113) [Total Sheets 33]
5. [ ] **Oath or Declaration** [Total Sheets ___]
   a. [ ] Newly executed (original or copy)
   b. [ ] A copy from a prior application (37 CFR 1.63(d))
      (for continuation/divisional with Box 18 completed)
      i. [ ] **DELETION OF INVENTOR(S)**
         Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).
6. [X] **Application Data Sheet.** See 37 CFR 1.76 (2 pages)
7. [ ] **CD-ROM or CD-R** in duplicate, large table or Computer Program (Appendix)
   [ ] Landscape Table on CD
8. **Nucleotide and/or Amino Acid Sequence Submission**
   (if applicable, items a. – c. are required)
   a. Computer Readable Form (CRF)
      i. [ ] Computer Readable Form (CRF)
      ii. [ ] Transfer Request (37 CFR 1.821(e))
   b. Specification Sequence Listing on:
      i. [ ] CD-ROM or CD-R (2 copies); or ii. [ ] Paper
   c. [ ] Statements verifying identity of above copies

**ACCOMPANYING APPLICATION PARTS**

9. [ ] **Assignment Papers** (cover sheet & document(s))
   Name of Assignee:
10. [ ] **37 CFR 3.73(b) Statement** (when there is an assignee)   [ ] **Power of Attorney**
11. [ ] **English Translation Document** (if applicable)
12. [ ] **Information Disclosure Statement** (PTO/SB/08 or PTO-1449)
   [ ] Copies of foreign patent documents, publications, & other information
13. [ ] **Preliminary Amendment**
14. [X] **Return Receipt Postcard** (MPEP 503)
   (Should be specifically itemized)
15. [ ] **Certified Copy of Priority Document(s)** (if foreign priority is claimed)
16. [ ] **Nonpublication Request** under 35 U.S.C.122 (b)(2)(B)(i). Applicant must attach form PTO/SB/35 or equivalent.
17. [ ] Other:

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:

[X] Continuation   [ ] Divisional   [ ] Continuation-in-part (CIP)   of prior application No.: PCT/US2004/006337

Prior application information: Examiner  Not Yet Assigned   Art Unit: Not Yet Assigned

**19. CORRESPONDENCE ADDRESS**

[X] The address associated with Customer Number: 25226   OR   [ ] Correspondence address below

| Name | |
|---|---|
| Address | |
| City | State | Zip Code |
| Country | Telephone | Email Address |

| Signature | | Date | August 26, 2005 |
|---|---|---|---|
| Name (Print/Type) | Alicia J. Hager | Registration No. (Attorney/Agent) | 44,140 |

I hereby certify that this correspondence is being deposited with the U.S. Postal Service as Express Mail, Airbill No. EV 664382207 US, in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on the date shown below.

Dated: August 26, 2005   Signature: _____ (Georgina Matos)

pa-1005067

PTO/SB/17 (12-04v2)
Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no person are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL For FY 2005

Effective on 12/08/2004.
Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).

**Complete if Known**

| | |
|---|---|
| Application Number | Not Yet Assigned |
| Filing Date | Concurrently Herewith |
| First Named Inventor | Ravinder S. DHALLAN |
| Examiner Name | Not Yet Assigned |
| Art Unit | Not Yet Assigned |
| Attorney Docket No. | 543312000401 |

[x] Applicant claims small entity status. See 37 CFR 1.27

**TOTAL AMOUNT OF PAYMENT** ($) 1,700.00

## METHOD OF PAYMENT (check all that apply)

[ ] Check  [ ] Credit Card  [ ] Money Order  [ ] None  [ ] Other (please identify): _____

[x] Deposit Account    Deposit Account Number: 03-1952   Deposit Account Name: Morrison & Foerster LLP

For the above-identified deposit account, the Director is hereby authorized to: (check all that apply)

[x] Charge fee(s) indicated below
[ ] Charge fee(s) indicated below, **except for the filing fee**
[x] Charge any additional fee(s) or underpayment of fee(s) under 37 CFR 1.16 and 1.17
[x] Credit any overpayments

## FEE CALCULATION

### 1. BASIC FILING, SEARCH, AND EXAMINATION FEES

| Application Type | FILING FEES Fee ($) | Small Entity Fee ($) | SEARCH FEES Fee ($) | Small Entity Fee ($) | EXAMINATION FEES Fee ($) | Small Entity Fee ($) | Fees Paid ($) |
|---|---|---|---|---|---|---|---|
| Utility | 300 | 150 | 500 | 250 | 200 | 100 | 500.00 |
| Design | 200 | 100 | 100 | 50 | 130 | 65 | 0.00 |
| Plant | 200 | 100 | 300 | 150 | 160 | 80 | 0.00 |
| Reissue | 300 | 150 | 500 | 250 | 600 | 300 | 0.00 |
| Provisional | 200 | 100 | 0 | 0 | 0 | 0 | 0.00 |

### 2. EXCESS CLAIM FEES

| Fee Description | Fee ($) | Small Entity Fee ($) |
|---|---|---|
| Each claim over 20 (including Reissues) | 50 | 25 |
| Each independent claim over 3 (including Reissues) | 200 | 100 |
| Multiple dependent claims | 360 | 180 |

| Total Claims | Extra Claims | Fee ($) | Fee Paid ($) |
|---|---|---|---|
| 33 - 20 = | 13 | x 25.00 = | 325.00 |

**Multiple Dependent Claims**

| Fee ($) | Fee Paid ($) |
|---|---|
| 180.00 | 0.00 |

| Indep. Claims | Extra Claims | Fee ($) | Fee Paid ($) |
|---|---|---|---|
| 3 - 3 = | 0 | x 100.00 = | 0.00 |

### 3. APPLICATION SIZE FEE

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | Extra Sheets | Number of each additional 50 or fraction thereof | Fee ($) | Fee Paid ($) |
|---|---|---|---|---|
| 437 - 100 = | 337 | /50  7 (round up to a whole number) x | 125.00 = | 875.00 |

### 4. OTHER FEE(S)

Non-English Specification, $130 fee (no small entity discount)

Other (e.g., late filing surcharge): _____

**Fees Paid ($)**: 0.00

| SUBMITTED BY | | | |
|---|---|---|---|
| Signature | *[signature]* | Registration No. (Attorney/Agent) 44,140 | Telephone (650) 813-4296 |
| Name (Print/Type) | Alicia J. Hager | | Date August 26, 2005 |

pa-1005069

PTO/SB/05 (05-05)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| UTILITY PATENT APPLICATION TRANSMITTAL (ONLY FOR NEW NONPROVISIONAL APPLICATIONS UNDER 37 CFR 1.53(B)) | Attorney Docket No. | 543312000401 |
|---|---|---|
| | First Inventor | Ravinder S. DHALLAN |
| | Title | METHODS FOR DETECTION OF GENETIC DISORDERS |
| | Express Mail Label No. | EV 664382207 US |

**APPLICATION ELEMENTS**
See MPEP chapter 600 concerning utility patent application contents.

ADDRESS TO: Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

1. [X] **Fee Transmittal Form** (e.g., PTO/SB/17)
   (Submit an original and a duplicate for fee processing) **(2 pages)**
2. [X] **Applicant claims small entity status.**
   See 37 CFR 1.27.
3. [X] **Specification** [Total Pages 404]
   Both the claims and abstract must start on a new page
   (For information on the preferred arrangement, see MPEP 608.01(a))
4. [X] **Drawing(s)** (35 U.S.C. 113) [Total Sheets 33]
5. [ ] **Oath or Declaration** [Total Sheets ___]
   a. [ ] Newly executed (original or copy)
   b. [ ] A copy from a prior application (37 CFR 1.63(d))
      (for continuation/divisional with Box 18 completed)
      i. [ ] **DELETION OF INVENTOR(S)**
         Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).
6. [X] **Application Data Sheet.** See 37 CFR 1.76 **(2 pages)**
7. [ ] **CD-ROM or CD-R** in duplicate, large table or Computer Program (Appendix)
   [ ] Landscape Table on CD
8. **Nucleotide and/or Amino Acid Sequence Submission**
   (if applicable, items a. – c. are required)
   a. Computer Readable Form (CRF)
      i. [ ] Computer Readable Form (CRF)
      ii. [ ] Transfer Request (37 CFR 1.821(e))
   b. Specification Sequence Listing on:
      i. [ ] CD-ROM or CD-R (2 copies); or  ii. [ ] Paper
   c. [ ] Statements verifying identity of above copies

**ACCOMPANYING APPLICATION PARTS**

9. [ ] **Assignment Papers** (cover sheet & document(s))
   Name of Assignee:
10. [ ] **37 CFR 3.73(b) Statement**   [ ] **Power of Attorney**
    (when there is an assignee)
11. [ ] **English Translation Document** (if applicable)
12. [ ] **Information Disclosure Statement** (PTO/SB/08 or PTO-1449)
    [ ] Copies of foreign patent documents, publications, & other information
13. [ ] **Preliminary Amendment**
14. [X] **Return Receipt Postcard** (MPEP 503)
    (Should be specifically itemized)
15. [ ] **Certified Copy of Priority Document(s)**
    (if foreign priority is claimed)
16. [ ] **Nonpublication Request** under 35 U.S.C.122 (b)(2)(B)(i).
    Applicant must attach form PTO/SB/35 or equivalent.
17. [ ] **Other:**

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:
   [X] Continuation  [ ] Divisional  [ ] Continuation-in-part (CIP)  of prior application No.: **PCT/US2004/006337**
   Prior application information: Examiner **Not Yet Assigned**  Art Unit: **Not Yet Assigned**

**19. CORRESPONDENCE ADDRESS**

[X] The address associated with Customer Number: **25226**   OR   [ ] Correspondence address below

| Name | |
|---|---|
| Address | |
| City | State | Zip Code |
| Country | Telephone | Email Address |

| Signature | [signature] | Date | August 26, 2005 |
|---|---|---|---|
| Name (Print/Type) | Alicia J. Hager | Registration No. (Attorney/Agent) | 44,140 |

I hereby certify that this correspondence is being deposited with the U.S. Postal Service as Express Mail, Airbill No. EV 664382207 US, in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on the date shown below.

Dated: August 26, 2005   Signature: _Georgina Matos_ (Georgina Matos)

pa-1005067

PTO/SB/17 (12-04v2)
Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no person are required to respond to a collection of information unless it displays a valid OMB control number.

| Effective on 12/08/2004. Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818). **FEE TRANSMITTAL For FY 2005** | **Complete if Known** | |
|---|---|---|
| | Application Number | Not Yet Assigned |
| | Filing Date | Concurrently Herewith |
| | First Named Inventor | Ravinder S. DHALLAN |
| | Examiner Name | Not Yet Assigned |
| [x] Applicant claims small entity status. See 37 CFR 1.27 | Art Unit | Not Yet Assigned |
| TOTAL AMOUNT OF PAYMENT     ($) 1,700.00 | Attorney Docket No. | 543312000401 |

**METHOD OF PAYMENT** (check all that apply)

[ ] Check   [ ] Credit Card   [ ] Money Order   [ ] None   [ ] Other (please identify): _____

[x] Deposit Account   Deposit Account Number: 03-1952   Deposit Account Name: Morrison & Foerster LLP

For the above-identified deposit account, the Director is hereby authorized to: (check all that apply)

[x] Charge fee(s) indicated below
[ ] Charge fee(s) indicated below, **except for the filing fee**
[x] Charge any additional fee(s) or underpayment of fee(s) under 37 CFR 1.16 and 1.17
[x] Credit any overpayments

**FEE CALCULATION**

**1. BASIC FILING, SEARCH, AND EXAMINATION FEES**

| Application Type | FILING FEES Fee ($) | Small Entity Fee ($) | SEARCH FEES Fee ($) | Small Entity Fee ($) | EXAMINATION FEES Fee ($) | Small Entity Fee ($) | Fees Paid ($) |
|---|---|---|---|---|---|---|---|
| Utility | 300 | 150 | 500 | 250 | 200 | 100 | 500.00 |
| Design | 200 | 100 | 100 | 50 | 130 | 65 | 0.00 |
| Plant | 200 | 100 | 300 | 150 | 160 | 80 | 0.00 |
| Reissue | 300 | 150 | 500 | 250 | 600 | 300 | 0.00 |
| Provisional | 200 | 100 | 0 | 0 | 0 | 0 | 0.00 |

**2. EXCESS CLAIM FEES**

| Fee Description | Fee ($) | Small Entity Fee ($) |
|---|---|---|
| Each claim over 20 (including Reissues) | 50 | 25 |
| Each independent claim over 3 (including Reissues) | 200 | 100 |
| Multiple dependent claims | 360 | 180 |

| Total Claims | Extra Claims | Fee ($) | Fee Paid ($) | Multiple Dependent Claims | |
|---|---|---|---|---|---|
| 33 - 20 = | 13 | x 25.00 = | 325.00 | Fee ($) | Fee Paid ($) |
| | | | | 180.00 | 0.00 |

| Indep. Claims | Extra Claims | Fee ($) | Fee Paid ($) |
|---|---|---|---|
| 3 - 3 = | 0 | x 100.00 = | 0.00 |

**3. APPLICATION SIZE FEE**

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | Extra Sheets | Number of each additional 50 or fraction thereof | Fee ($) | Fee Paid ($) |
|---|---|---|---|---|
| 437 - 100 = | 337 | /50   7   (round up to a whole number) x | 125.00 = | 875.00 |

**4. OTHER FEE(S)**                                                                 **Fees Paid ($)**

Non-English Specification, $130 fee (no small entity discount)

Other (e.g., late filing surcharge): _____                                          0.00

| SUBMITTED BY | | | |
|---|---|---|---|
| Signature | *[signature]* | Registration No. (Attorney/Agent) 44,140 | Telephone (650) 813-4296 |
| Name (Print/Type) | Alicia J. Hager | | Date August 26, 2005 |

pa-1005069

# METHODS FOR DETECTION OF GENETIC DISORDERS

## CROSS-REFERENCE TO RELATED APPLICATIONS

[0001]    This application is a continuation of International Application No. PCT/US2004/006337, filed March 1, 2004, which is a continuation-in-part of International Application No. PCT/US03/06198, filed February 28, 2003, the contents of each of which are hereby incorporated by reference herein in their entirety. The contents of each of the following applications are also hereby incorporated by reference in their entirety herein: U.S. Provisional Application Serial No. 60/378,354, filed May 8, 2002; U.S. Patent Application Serial No. 10/093,618, filed March 11, 2002; and U.S. Provisional Application Serial No. 60/360,232, filed March 1, 2002.

## BACKGROUND OF THE INVENTION

### FIELD OF THE INVENTION

[0002]    The present invention is directed to a method for the detection of genetic disorders including chromosomal abnormalities and mutations. The present invention provides a rapid, non-invasive method for determining the sequence of DNA from a fetus. The method is especially useful for detection of chromosomal abnormalities in a fetus including translocations, transversions, monosomies, trisomies, and other aneuplodies, deletions, additions, amplifications, translocations and rearrangements.

### BACKGROUND ART

[0003]    Chromosomal abnormalities are responsible for a significant portion of genetic defects in liveborn humans. The nucleus of a human cell contains forty-six (46) chromosomes, which contain the genetic instructions, and determine the operations of the cell. Half of the forty-six chromosomes originate from each parent. Except for the sex chromosomes, which are quite different from each other in normal males, the chromosomes from the mother and the chromosomes from the father make a matched set. The pairs were combined when the egg was fertilized by the sperm. Occasionally, an error occurs in either the formation or combination of chromosomes, and the fertilized egg is formed with too many or too few chromosomes, or with chromosomes that are mixed in some way. Because each chromosome contains many genes, chromosomal abnormalities are likely to cause serious birth defects, affecting many body systems and often including developmental disability (e.g., mental retardation).

[0004]    Cells mistakenly can rejoin broken ends of chromosomes, both spontaneously and after exposure to chemical compounds, carcinogens, and irradiation. When rejoining occurs within a chromosome,