# EXHIBIT I

ALTERNATIVE TO PTO/SB/08A/B (04/07)

| Substitute for form 1449/PTO<br><br>**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br><br>*(Use as many sheets as necessary)* | **Complete if Known** | |
|---|---|---|
| | Application Number | 10/661,165 |
| | Filing Date | September 11, 2003 |
| | First Named Inventor | Ravinder DHALLAN |
| | Art Unit | 1634 |
| | Examiner Name | E. Whisenant |
| Sheet   1   of   1 | Attorney Docket Number | 543312000420 |

| | | **U.S. PATENT DOCUMENTS** | | | |
|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] *(if known)* | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
| | 1. | US-2005/0095621-A1 | 05-05-2005 | Sidransky | |

| | | **FOREIGN PATENT DOCUMENTS** | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3]-Number[4]-Kind Code[5] *(if known)* | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
| | 2. | WO-01/42504-A2,A3 | 06-14-2001 | The Penn State Research Foundation | | |
| | 3. | WO-2004/058987-A2, A3 | 07-15-2004 | Molecular Staging, Inc. | | |

*EXAMINER: Initial if information considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

| | | **NON PATENT LITERATURE DOCUMENTS** | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| | 4. | International Search Report mailed on October 25, 2007 for PCT Patent Application No. PCT/US2006/048686 filed December 19, 2006, 8 pages. | |
| | 5. | LI, Y. et al. (November 2004). "Improved Prenatal Detection of a Fetal Point Mutation for Achondroplasia by the Use of Size-fractionated Circulatory DNA in Maternal Plasma-Case Report," *Prenatal Diagnosis* 24(11):896-898. | |
| | 6. | LI, Y. et al. (February 16, 2005). "Detection of Paternally Inherited Fetal Point Mutations for β-thalassemis Using Size-Fractionated Cell-free DNA in Maternal Plasma," *Journal of the American Medical Association* 293(7):843-849 (erratum April 13, 2005, 293(14):1728). | |
| | 7. | TONG, Y. et al. (January 2006). "Diagnostic Developments Involving Cell-free (Circulating) Nucleic Acids," *Clinica Chimica ACTA* 363(1-2):187-196. | |
| | 8. | Written Opinion mailed on October 25, 2007 for PCT Patent Application No. PCT/US2006/048686 filed December 19, 2006, 7 pages. | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

| Examiner Signature | | Date Considered | |
|---|---|---|---|

pa- 1208006