# EXHIBIT L

I hereby certify that this paper is being deposited with the U.S. Postal Service as Express Mail, Airbill No. EV 377984043 US, on the date shown below in an envelope addressed to: MS Amendment, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

Dated: May 30, 2007    Signature: *Rosemarie Puljic Salmeron*
(Rosemarie Puljic Salmeron)

Patent
Docket No. 543312000420

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Ravinder S. DHALLAN

Serial No.: 10/661,165

Filing Date: September 11, 2003

For:   METHODS FOR DETECTION OF
       GENETIC DISORDERS

Examiner: E. Whisenant

Group Art Unit: 1634

Confirmation No.: 7501

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. § 1.97 & 1.98

MS Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

      Pursuant to 37 C.F.R. §1.97 and § 1.98, Applicant submits for consideration in the above-identified application the documents listed on the attached Form PTO/SB/08a/b. Copies of foreign documents and non-patent literature are submitted herewith. The Examiner is requested to make these documents of record.

      This Supplemental Information Disclosure Statement is submitted:

☐   With the application; accordingly, no fee or separate requirements are required.

☐   Before the mailing of a first Office Action after the filing of a Request for Continued Examination under § 1.114. However, if applicable, a certification under 37 C.F.R. § 1.97 (e)(1) has been provided.

Application Serial No. 10/661,165  Patent
Docket No. 543312000420

☐ Within three months of the application filing date or before mailing of a first Office Action on the merits; accordingly, no fee or separate requirements are required. However, if applicable, a certification under 37 C.F.R. § 1.97 (e)(1) has been provided.

☒ After receipt of a first Office Action on the merits but before mailing of a final Office Action or Notice of Allowance.

    ☐ A fee is required. A check in the amount of __ is enclosed.

    ☒ A fee is required. Accordingly, a Fee Transmittal form (PTO/SB/17) is attached to this submission in duplicate.

    ☐ A Certification under 37 C.F.R. § 1.97(e) is provided above; accordingly; no fee is believed to be due.

☐ After mailing of a final Office Action or Notice of Allowance, but before payment of the issue fee.

    ☐ A Certification under 37 C.F.R. § 1.97(e) is provided above and a check in the amount of __ is enclosed.

    ☐ A Certification under 37 C.F.R. § 1.97(e) is provided above and a Fee Transmittal form (PTO/SB/17 is attached to this submission in duplicate.)

Applicant would appreciate the Examiner initialing and returning the Form PTO/SB/08a/b, indicating that the information has been considered and made of record herein.

The information contained in this Supplemental Information Disclosure Statement under 37 C.F.R. § 1.97 and § 1.98 is not to be construed as a representation that: (i) a complete search has been made; (ii) additional information material to the examination of this application does not exist; (iii) the information, protocols, results and the like reported by third parties are accurate or enabling; or (iv) the above information constitutes prior art to the subject invention.

In the unlikely event that the transmittal form is separated from this document and the Patent and Trademark Office determines that an extension and/or other relief (such as payment of a fee under 37 C.F.R. § 1.17 (p)) is required, Applicant petitions for any required relief including extensions of time and authorizes the Commissioner to charge the cost of such petition and/or other

Application Serial No. 10/661,165 Patent
Docket No. 543312000420

fees due in connection with the filing of this document to **Deposit Account No. 03-1952** referencing 543312000420.

Dated: May 30, 2007                                         Respectfully submitted,

                                                            By /s/ Alicia J. Hager
                                                            Alicia J. Hager
                                                               Registration No.: 44,140
                                                            MORRISON & FOERSTER LLP
                                                            755 Page Mill Road
                                                            Palo Alto, California  94304-1018
                                                            (650) 813-4296

pa-1168987                                3



ALTERNATIVE TO PTO/SB/08a/b (07-05)

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| | Application Number | 10/661,165 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Filing Date | September 11, 2003 |
| | First Named Inventor | Ravinder S. DHALLAN |
| | Art Unit | 1634 |
| *(Use as many sheets as necessary)* | Examiner Name | E. Whisenant |
| Sheet  1  of  3 | Attorney Docket Number | 543312000420 |

| U.S. PATENT DOCUMENTS ||||||
|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Document Number  Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
| | 1. | US-5,985,260-A | 11-16-1999 | Shanbrom | |
| | 2. | US-6,033,861-A | 03-07-2000 | Schafer et al. | |
| | 3. | US-6,117,679-A | 09-12-2000 | Stemmer | |
| | 4. | US-6,132,970-A | 10-17-2000 | Stemmer | |
| | 5. | US-6,153,410-A | 11-28-2000 | Arnold et al. | |
| | 6. | US-6,165,793-A | 12-26-2000 | Stemmer | |
| | 7. | US-6,177,263-B1 | 01-23-2001 | Arnold et al. | |
| | 8. | US-6,180,406-B1 | 01-30-2001 | Stemmer | |
| | 9. | US-6,183,958-B1 | 02-06-2001 | Stanton, Jr. | |
| | 10. | US-6,269,957-B1 | 08-07-2001 | Bowers et al. | |
| | 11. | US-6,277,638-B1 | 08-21-2001 | Stemmer | |
| | 12. | US-6,280,949-B1 | 08-28-2001 | Lizardi | |
| | 13. | US-6,287,861-B1 | 09-11-2001 | Stemmer et al. | |
| | 14. | US-6,291,242-B1 | 09-18-2001 | Stemmer | |
| | 15. | US-6,297,053-B1 | 10-02-2001 | Stemmer | |
| | 16. | US-6,323,009-B1 | 11-27-2001 | Lasken et al. | |
| | 17. | US-6,323,030-B1 | 11-27-2001 | Stemmer | |
| | 18. | US-6,344,356-B1 | 02-05-2002 | Stemmer | |
| | 19. | US-6,357,601-B1 | 03-19-2002 | Bowers et al. | |
| | 20. | US-6,365,375-B1 | 04-02-2002 | Dietmaier et al. | |
| | 21. | US-6,372,497-B1 | 04-16-2002 | Stemmer | |
| | 22. | US-6,379,896-B1 | 04-30-2002 | Stanton, Jr. | |
| | 23. | US-6,395,547-B1 | 05-28-2002 | Stemmer | |
| | 24. | US-6,413,774-B1 | 07-02-2002 | Stemmer et al. | |
| | 25. | US-6,440,706-B1 | 08-27-2002 | Vogelstein et al. | |
| | 26. | US-6,444,468-B1 | 09-03-2002 | Stemmer et al. | |
| | 27. | US-6,506,602-B1 | 01-14-2003 | Stemmer | |
| | 28. | US-6,518,065-B1 | 02-11-2003 | Stemmer | |
| | 29. | US-6,537,746-B2 | 03-25-2003 | Arnold et al. | |
| | 30. | US-6,573,098-B1 | 06-03-2003 | Stemmer | |
| | 31. | US-6,573,300-B2 | 06-03-2003 | Chang et al. | |
| | 32. | US-6,582,906-B1 | 06-24-2003 | Cao et al. | |
| | 33. | US-6,602,986-B1 | 08-05-2003 | Stemmer et al. | |
| | 34. | US-6,617,137-B2 | 09-09-2003 | Dean et al. | |
| | 35. | US-6,638,722-B2 | 10-28-2003 | Ji et al. | |
| | 36. | US-6,642,034-B2 | 11-04-2003 | Lizardi | |
| | 37. | US-6,673,541-B1 | 01-06-2004 | Klein et al. | |
| | 38. | US-6,673,551-B2 | 01-06-2004 | Stanton, Jr. | |
| | 39. | US-6,703,228-B1 | 03-09-2004 | Landers et al. | |
| | 40. | US-6,780,593-B1 | 08-24-2004 | Galibert et al. | |
| | 41. | US-6,977,162-B2 | 12-20-2005 | Dhallan | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

pa-1166454

ALTERNATIVE TO PTO/SB/08a/b (07-05)

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | Application Number | 10/661,165 |
| | | | Filing Date | September 11, 2003 |
| | | | First Named Inventor | Ravinder S. DHALLAN |
| | | | Art Unit | 1634 |
| | | | Examiner Name | E. Whisenant |
| Sheet | 2 | of | 3 | Attorney Docket Number | 543312000420 |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | 42. | WO-02/055985-A2, A3 | 07-18-2002 | Roche Diagnostics Corporation | | |
| | 43. | WO-03/001181-A2, A3 | 01-03-2003 | Quest Diagnostics Incorporated | | |

*EXAMINER: Initial if information considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 44. | Anker, P. et al. (April 1997). "K-*ras* Mutations are Found in DNA Extracted from the Plasma of Patients with Colorectal Cancer," *Gastroenterology* 112(4):1114-1120. | |
| | 45. | Cheung, V.G. et al. (December 1996). "Whole Genome Amplification Using a Degenerate Oligonucleotide Primer Allows Hundreds of Genotypes to be Performed on Less Than One Nanogram of Genomic DNA," *PNAS* 93:14676-14679. | |
| | 46. | Dean, F.B. et al. (April 16, 2002). "Comprehensive Human Genome Amplification Using Multiple Displacement Amplification," *PNAS* 99(8):5261-5266. | |
| | 47. | Dhallan, R. et al. (Published online February 2, 2007 and published in journal February 10, 2007). "A Non-Invasive Test for Prenatal Diagnosis Based on Fetal DNA Present in Maternal Blood: A Preliminary Study," *The Lancet* 369(9560):474-481. | |
| | 48. | Fan, S. et al. (August 12, 1998). "Down-Regulation of BRCA1 and BRCA2 in Human Ovarian Cancer Cells Exposed to Adriamycin and Ultraviolet Radiation," *International Journal of Cancer* 77(4):600-609. | |
| | 49. | Fortina, P. et al. (2001). "DOP-PCR Amplification of Whole Genomic DNA and Microchip-Based Capillary Electrophoresis," *Methods Mol. Biol.* 163:211-219. | |
| | 50. | Gadkar, V. et al. (January 1, 2005). "Application of Phi29 DNA Polymerase Mediated Whole Genome Amplification on Single Spores of Arbuscular Mycorrhizal (AM) Fungi," *FEMS Microbiology Letters* 242(1):65-71. | |
| | 51. | Gusev, Y. et al. (July 2001). "Technical Advance: Rolling Circle Amplification - A New Approach to Increase Sensitivity for Immunohistochemistry and Flow Cytometry," *American Journal of Pathology* 159(1):63-69. | |
| | 52. | Hielm, S. et al. (February 1998). "Genomic Analysis of *Clostridium Botulinum* Group II by Pulsed-Field Gel Electrophoresis," *Applied and Environmental Microbiology* 64(2):703-708. | |
| | 53. | Hosono, S. et al. (April 14, 2003). "Unbiased Whole-Genome Amplification Directly From Clinical Samples," *Genome Research* 13(5)954-964. | |
| | 54. | Hughes, G.R. et al. (March-April 1971). "The Release of DNA into Serum and Synovial Fluid," *Arthritis and Rheumatology* 14(2):259-266. | |
| | 55. | Imamura, A. et al. (1996). "Short Communication: Prenatal Diagnosis of Adrenoleukodystrophy by Means of Mutation Analysis," *Prenatal Diagnosis* 16:259-261. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

pa-1166454

ALTERNATIVE TO PTO/SB/08a/b (07-05)

| Substitute for form 1449/PTO<br><br>**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br><br>*(Use as many sheets as necessary)* | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| | | | | Application Number | 10/661,165 |
| | | | | Filing Date | September 11, 2003 |
| | | | | First Named Inventor | Ravinder S. DHALLAN |
| | | | | Art Unit | 1634 |
| | | | | Examiner Name | E. Whisenant |
| Sheet | 3 | of | 3 | Attorney Docket Number | 543312000420 |

| | | |
|---|---|---|
| | 56. | Kösel, S. et al. (May 8, 2001). "Inter-Laboratory Comparison of DNA Preservation in Archival Paraffin-Embedded Human Brain Tissue from Participating Centres on Four Continents," *Neurogenetics* 3(3):163-170. |
| | 57. | Kusaka, T. et al. (October 2000). "Analysis of K-*ras* Codon 12 Mutations and p53 Overexpression in Colorectal Nodule-Aggregating Tumors," *Journal of Gastroenterology and Hepatology* 15(10):1151-1157. |
| | 58. | Leon, S.A. et al. (March 1977). "Free DNA in the Serum of Cancer Patients and the Effect of Therapy," *Cancer Research* 37:646-650. |
| | 59. | Maiwald, M. et al. (May 1995). "Evaluation of the Detection of *Borrelia Burgdorferi* DNA in Urine Samples by Polymerase Reaction," *Infection* 23(3):173-179. |
| | 60. | Moreton, J.A. et al. (1999). "Use of Virkon as a Disinfectant for Clinical Samples Carrying a High Risk of Infection in Inductively Coupled Plasma Mass Spectrometry," *Journal of Analytical Atomic Spectrometry* 14:893-894. |
| | 61. | National Kidney and Urologic Diseases Information Clearinghouse. (December 2005). "Urinary Tract Infections in Adults," NIH Publication No. 06-2097, located at <http://kidney.niddk.nih.gov/kudiseases/pubs/utiadult>, last visited on April 26, 2007, nine pages. |
| | 62. | Reaney, P. (February 1, 2007). "New Down's Test Eliminates Miscarriage Risk," located at <http://www.reuters.com>, one page. |
| | 63. | Siva, S.C. et al. (February 3, 2003). "Evaluation of the Clinical Usefulness of Isolation of Fetal DNA from the Maternal Circulation," *Australian and New Zealand Journal of Obstetrics and Gynaecology* 43(1):10-15. |
| | 64. | Smirnov, D.A. et al. (May 2004). "Method for Manufacturing Whole-Genome Microarrays by Rolling Circle Amplification," *Genes, Chromosomes, & Cancer* 40(1):72-77. |
| | 65. | Supplementary European Search Report mailed on January 10, 2007 for EP Application No. 03 74 9291.5, five pages. |
| | 66. | Supplementary European Search Report mailed on January 22, 2007 for EP Application No. 04 71 6171.6, five pages. |
| | 67. | Supplementary European Search Report mailed on July 4, 2006 for EP Application No. 03 74 3737.3, three pages. |
| | 68. | The Internet Pathology Laboratory. (Date Unknown). "Human Immunodeficiency Virus (HIV)," located at <http://library.med.utah.edu/WebPath/TUTORIAL/AIDS/HIV.html>, last visited on April 11, 2007, seven pages. |
| | 69. | Unrau, P. et al. (August 5, 1994) "Non-Cloning Amplification of Specific DNA Fragments from Whole Genomic DNA Digests Using DNA 'Indexers'," *Gene* 145(1):163-169. |
| | 70. | Wang, G. et al. (May 21, 2004). "Balanced-PCR Amplification Allows Unbiased Identification of Genomic Copy Changes in Minute Cell and Tissue Samples," *Nucleic Acids Research* 32(9): e76, 10 pages. |
| | 71. | Wells, D. et al. (1999). "Detailed Chromosomal and Molecular Genetic Analysis of Single Cells by Whole Genome Amplification and Comparative Genomic Hybridisation," *Nucelic Acids Res.* 27(4):1214-1218. |
| | 72. | Zheng, S. et al (June 2001). "Whole Genome Amplification Increases the Efficiency and Validity of Buccal Cell Genotyping in Pediatric Populations," *Cancer Epidemiology, Biomarkers, & Prevention* 10:697-700. |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1]Applicant's unique citation designation number (optional). [2]Applicant is to place a check mark here if English language Translation is attached.

| Examiner Signature | | Date Considered | |
|---|---|---|---|

pa-1166454



ALTERNATIVE TO PTO/SB/08a/b (07-05)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 10/661,165 |
| | Filing Date | September 11, 2003 |
| | First Named Inventor | Ravinder S. DHALLAN |
| | Art Unit | 1634 |
| | Examiner Name | E. Whisenant |
| Sheet 1 of 3 | Attorney Docket Number | 543312000420 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1. | US-5,985,260-A | 11-16-1999 | Shanbrom | |
| | 2. | US-6,033,861-A | 03-07-2000 | Schafer et al. | |
| | 3. | US-6,117,679-A | 09-12-2000 | Stemmer | |
| | 4. | US-6,132,970-A | 10-17-2000 | Stemmer | |
| | 5. | US-6,153,410-A | 11-28-2000 | Arnold et al. | |
| | 6. | US-6,165,793-A | 12-26-2000 | Stemmer | |
| | 7. | US-6,177,263-B1 | 01-23-2001 | Arnold et al. | |
| | 8. | US-6,180,406-B1 | 01-30-2001 | Stemmer | |
| | 9. | US-6,183,958-B1 | 02-06-2001 | Stanton, Jr. | |
| | 10. | US-6,269,957-B1 | 08-07-2001 | Bowers et al. | |
| | 11. | US-6,277,638-B1 | 08-21-2001 | Stemmer | |
| | 12. | US-6,280,949-B1 | 08-28-2001 | Lizardi | |
| | 13. | US-6,287,861-B1 | 09-11-2001 | Stemmer et al. | |
| | 14. | US-6,291,242-B1 | 09-18-2001 | Stemmer | |
| | 15. | US-6,297,053-B1 | 10-02-2001 | Stemmer | |
| | 16. | US-6,323,009-B1 | 11-27-2001 | Lasken et al. | |
| | 17. | US-6,323,030-B1 | 11-27-2001 | Stemmer | |
| | 18. | US-6,344,356-B1 | 02-05-2002 | Stemmer | |
| | 19. | US-6,357,601-B1 | 03-19-2002 | Bowers et al. | |
| | 20. | US-6,365,375-B1 | 04-02-2002 | Dietmaier et al. | |
| | 21. | US-6,372,497-B1 | 04-16-2002 | Stemmer | |
| | 22. | US-6,379,896-B1 | 04-30-2002 | Stanton, Jr. | |
| | 23. | US-6,395,547-B1 | 05-28-2002 | Stemmer | |
| | 24. | US-6,413,774-B1 | 07-02-2002 | Stemmer et al. | |
| | 25. | US-6,440,706-B1 | 08-27-2002 | Vogelstein et al. | |
| | 26. | US-6,444,468-B1 | 09-03-2002 | Stemmer et al. | |
| | 27. | US-6,506,602-B1 | 01-14-2003 | Stemmer | |
| | 28. | US-6,518,065-B1 | 02-11-2003 | Stemmer | |
| | 29. | US-6,537,746-B2 | 03-25-2003 | Arnold et al. | |
| | 30. | US-6,573,098-B1 | 06-03-2003 | Stemmer | |
| | 31. | US-6,573,300-B2 | 06-03-2003 | Chang et al. | |
| | 32. | US-6,582,906-B1 | 06-24-2003 | Cao et al. | |
| | 33. | US-6,602,986-B1 | 08-05-2003 | Stemmer et al. | |
| | 34. | US-6,617,137-B2 | 09-09-2003 | Dean et al. | |
| | 35. | US-6,638,722-B2 | 10-28-2003 | Ji et al. | |
| | 36. | US-6,642,034-B2 | 11-04-2003 | Lizardi | |
| | 37. | US-6,673,541-B1 | 01-06-2004 | Klein et al. | |
| | 38. | US-6,673,551-B2 | 01-06-2004 | Stanton, Jr. | |
| | 39. | US-6,703,228-B1 | 03-09-2004 | Landers et al. | |
| | 40. | US-6,780,593-B1 | 08-24-2004 | Galibert et al. | |
| | 41. | US-6,977,162-B2 | 12-20-2005 | Dhallan | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

pa-1166454

ALTERNATIVE TO PTO/SB/08a/b (07-05)

| Substitute for form 1449/PTO<br><br>**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br><br>*(Use as many sheets as necessary)* | | | **Complete if Known** | |
|---|---|---|---|---|
| | | | Application Number | 10/661,165 |
| | | | Filing Date | September 11, 2003 |
| | | | First Named Inventor | Ravinder S. DHALLAN |
| | | | Art Unit | 1634 |
| | | | Examiner Name | E. Whisenant |
| Sheet | 2 | of | 3 | Attorney Docket Number | 543312000420 |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3]-Number[4]-Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | 42. | WO-02/055985-A2, A3 | 07-18-2002 | Roche Diagnostics Corporation | | |
| | 43. | WO-03/001181-A2, A3 | 01-03-2003 | Quest Diagnostics Incorporated | | |

*EXAMINER: Initial if information considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 44. | Anker, P. et al. (April 1997). "K-*ras* Mutations are Found in DNA Extracted from the Plasma of Patients with Colorectal Cancer," *Gastroenterology* 112(4):1114-1120. | |
| | 45. | Cheung, V.G. et al. (December 1996). "Whole Genome Amplification Using a Degenerate Oligonucleotide Primer Allows Hundreds of Genotypes to be Performed on Less Than One Nanogram of Genomic DNA," *PNAS* 93:14676-14679. | |
| | 46. | Dean, F.B. et al. (April 16, 2002). "Comprehensive Human Genome Amplification Using Multiple Displacement Amplification," *PNAS* 99(8):5261-5266. | |
| | 47. | Dhallan, R. et al. (Published online February 2, 2007 and published in journal February 10, 2007). "A Non-Invasive Test for Prenatal Diagnosis Based on Fetal DNA Present in Maternal Blood: A Preliminary Study," *The Lancet* 369(9560):474-481. | |
| | 48. | Fan, S. et al. (August 12, 1998). "Down-Regulation of BRCA1 and BRCA2 in Human Ovarian Cancer Cells Exposed to Adriamycin and Ultraviolet Radiation," *International Journal of Cancer* 77(4):600-609. | |
| | 49. | Fortina, P. et al. (2001). "DOP-PCR Amplification of Whole Genomic DNA and Microchip-Based Capillary Electrophoresis," *Methods Mol. Biol.* 163:211-219. | |
| | 50. | Gadkar, V. et al. (January 1, 2005). "Application of Phi29 DNA Polymerase Mediated Whole Genome Amplification on Single Spores of Arbuscular Mycorrhizal (AM) Fungi," *FEMS Microbiology Letters* 242(1):65-71. | |
| | 51. | Gusev, Y. et al. (July 2001). "Technical Advance: Rolling Circle Amplification - A New Approach to Increase Sensitivity for Immunohistochemistry and Flow Cytometry," *American Journal of Pathology* 159(1):63-69. | |
| | 52. | Hielm, S. et al. (February 1998). "Genomic Analysis of *Clostridium Botulinum* Group II by Pulsed-Field Gel Electrophoresis," *Applied and Environmental Microbiology* 64(2):703-708. | |
| | 53. | Hosono, S. et al. (April 14, 2003). "Unbiased Whole-Genome Amplification Directly From Clinical Samples," *Genome Research* 13(5)954-964. | |
| | 54. | Hughes, G.R. et al. (March-April 1971). "The Release of DNA into Serum and Synovial Fluid," *Arthritis and Rheumatology* 14(2):259-266. | |
| | 55. | Imamura, A. et al. (1996). "Short Communication: Prenatal Diagnosis of Adrenoleukodystrophy by Means of Mutation Analysis," *Prenatal Diagnosis* 16:259-261. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

pa-1166454

ALTERNATIVE TO PTO/SB/08a/b (07-05)

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| | | | | Application Number | 10/661,165 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Filing Date | September 11, 2003 |
| | | | | First Named Inventor | Ravinder S. DHALLAN |
| | | | | Art Unit | 1634 |
| *(Use as many sheets as necessary)* | | | | Examiner Name | E. Whisenant |
| Sheet | 3 | of | 3 | Attorney Docket Number | 543312000420 |

| | | |
|---|---|---|
| | 56. | Kösel, S. et al. (May 8, 2001). "Inter-Laboratory Comparison of DNA Preservation in Archival Paraffin-Embedded Human Brain Tissue from Participating Centres on Four Continents," *Neurogenetics* 3(3):163-170. |
| | 57. | Kusaka, T. et al. (October 2000). "Analysis of K-*ras* Codon 12 Mutations and p53 Overexpression in Colorectal Nodule-Aggregating Tumors," *Journal of Gastroenterology and Hepatology* 15(10):1151-1157. |
| | 58. | Leon, S.A. et al. (March 1977). "Free DNA in the Serum of Cancer Patients and the Effect of Therapy," *Cancer Research* 37:646-650. |
| | 59. | Maiwald, M. et al. (May 1995). "Evaluation of the Detection of *Borrelia Burgdorferi* DNA in Urine Samples by Polymerase Reaction," *Infection* 23(3):173-179. |
| | 60. | Moreton, J.A. et al. (1999). "Use of Virkon as a Disinfectant for Clinical Samples Carrying a High Risk of Infection in Inductively Coupled Plasma Mass Spectrometry," *Journal of Analytical Atomic Spectrometry* 14:893-894. |
| | 61. | National Kidney and Urologic Diseases Information Clearinghouse. (December 2005). "Urinary Tract Infections in Adults," NIH Publication No. 06-2097, located at <http://kidney.niddk.nih.gov/kudiseases/pubs/utiadult>, last visited on April 26, 2007, nine pages. |
| | 62. | Reaney, P. (February 1, 2007). "New Down's Test Eliminates Miscarriage Risk," located at <http://www.reuters.com>, one page. |
| | 63. | Siva, S.C. et al. (February 3, 2003). "Evaluation of the Clinical Usefulness of Isolation of Fetal DNA from the Maternal Circulation," *Australian and New Zealand Journal of Obstetrics and Gynaecology* 43(1):10-15. |
| | 64. | Smirnov, D.A. et al. (May 2004). "Method for Manufacturing Whole-Genome Microarrays by Rolling Circle Amplification," *Genes, Chromosomes, & Cancer* 40(1):72-77. |
| | 65. | Supplementary European Search Report mailed on January 10, 2007 for EP Application No. 03 74 9291.5, five pages. |
| | 66. | Supplementary European Search Report mailed on January 22, 2007 for EP Application No. 04 71 6171.6, five pages. |
| | 67. | Supplementary European Search Report mailed on July 4, 2006 for EP Application No. 03 74 3737.3, three pages. |
| | 68. | The Internet Pathology Laboratory. (Date Unknown). "Human Immunodeficiency Virus (HIV)," located at <http://library.med.utah.edu/WebPath/TUTORIAL/AIDS/HIV.html>, last visited on April 11, 2007, seven pages. |
| | 69. | Unrau, P. et al. (August 5, 1994) "Non-Cloning Amplification of Specific DNA Fragments from Whole Genomic DNA Digests Using DNA 'Indexers'," *Gene* 145(1):163-169. |
| | 70. | Wang, G. et al. (May 21, 2004). "Balanced-PCR Amplification Allows Unbiased Identification of Genomic Copy Changes in Minute Cell and Tissue Samples," *Nucleic Acids Research* 32(9): e76, 10 pages. |
| | 71. | Wells, D. et al. (1999). "Detailed Chromosomal and Molecular Genetic Analysis of Single Cells by Whole Genome Amplification and Comparative Genomic Hybridisation," *Nucelic Acids Res.* 27(4):1214-1218. |
| | 72. | Zheng, S. et al (June 2001). "Whole Genome Amplification Increases the Efficiency and Validity of Buccal Cell Genotyping in Pediatric Populations," *Cancer Epidemiology, Biomarkers, & Prevention* 10:697-700. |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

¹Applicant's unique citation designation number (optional). ²Applicant is to place a check mark here if English language Translation is attached.

| Examiner Signature | | Date Considered | |
|---|---|---|---|

pa-1166454