# EXHIBIT M

PTO/SB/21 (09-04)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| Field | Value |
|---|---|
| Application Number | 10/661,165 |
| Filing Date | September 11, 2003 |
| First Named Inventor | Ravinder S. DHALLAN |
| Art Unit | 1634 |
| Examiner Name | E. Whisenant |
| Total Number of Pages in This Submission | 6 + 3 Refs. |
| Attorney Docket Number | 543312000420 |

## ENCLOSURES (Check all that apply)

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment/Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [x] Information Disclosure Statement (Supplemental – 3 pages)
- [ ] Certified Copy of Priority Document(s)
- [ ] Reply to Missing Parts/ Incomplete Application
  - [ ] Reply to Missing Parts under 37 CFR 1.52 or 1.53
- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s) ____
- [ ] Landscape Table on CD
- [ ] After Allowance Communication to TC
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to TC (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [x] Other Enclosure(s) (please Identify below):
  1. Form PTO/SB/08a/b + copy (2 pages)
  2. Three (3) References
  3. Return Receipt Postcard

Remarks

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm Name | MORRISON & FOERSTER LLP   (Customer No. 25226) |
|---|---|
| Signature | /signature/ |
| Printed name | Alicia J. Hager |
| Date | October 10, 2006 |
| Reg. No. | 44,140 |

---

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being deposited with the U.S. Postal Service as Express Mail, Airbill No. EV 596703585 US, on the date shown below in an envelope addressed to: Mail Stop Amendment, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

Dated: October 10, 2006    Signature: /signature/    (Lori Sims)

pa-1102023

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being deposited with the U.S. Postal Service as Express Mail, Airbill No. EV 596703585 US, on the date shown below in an envelope addressed to: Mail Stop Amendment, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

Dated: October 10, 2006   Signature: _____
(Lori Sims)

PATENT
Docket No. 543312000420

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Patent Application of:<br>　　Ravinder S. DHALLAN | Examiner:　　E. Whisenant<br><br>Group Art Unit:　　1634 |
| Serial No.:　10/661,165 | |
| Filing Date:　September 11, 2003 | |
| For:　METHODS FOR DETECTION OF<br>　　　GENETIC DISORDERS | |

### SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. § 1.97 & 1.98

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Dear Sir:

　　Pursuant to 37 C.F.R. § 1.97 and § 1.98, Applicant submits for consideration in the above-identified application the documents listed on the attached Form PTO/SB/08a/b. Copies of the documents are also submitted herewith. The Examiner is requested to make these documents of record.

　　The documents listed on the attached Form PTO/SB/08a/b were cited in a Supplementary European Search Report mailed on July 12, 2006, directed to a counterpart international or foreign application and have not been previously cited. A certification under 37 C.F.R. § 1.97(e)(1) follows:

　　I hereby certify that each item of information was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this Supplemental Information Disclosure Statement.

Application Serial No. 10/661,165            PATENT
Docket No. 543312000420

This Supplemental Information Disclosure Statement is submitted:

☐    With the application; accordingly, no fee or separate requirements are required.

☐    Before the mailing of a first Office Action after the filing of a Request for Continued Examination under § 1.114. However, if applicable, a certification under 37 C.F.R. § 1.97 (e)(1) has been provided.

☐    Within three months of the application filing date or before mailing of a first Office Action on the merits; accordingly, no fee or separate requirements are required. However, if applicable, a certification under 37 C.F.R. § 1.97 (e)(1) has been provided.

☒    After receipt of a first Office Action on the merits but before mailing of a final Office Action or Notice of Allowance.

       ☐    A fee is required. A check in the amount of __ is enclosed.

       ☐    A fee is required. Accordingly, a Fee Transmittal form (PTO/SB/17) is attached to this submission in duplicate.

       ☒    A Certification under 37 C.F.R. § 1.97(e) is provided above; accordingly; no fee is believed to be due.

☐    After mailing of a final Office Action or Notice of Allowance, but before payment of the issue fee.

       ☐    A Certification under 37 C.F.R. § 1.97(e) is provided above and a check in the amount of __ is enclosed.

       ☐    A Certification under 37 C.F.R. § 1.97(e) is provided above and a Fee Transmittal form (PTO/SB/17 is attached to this submission in duplicate.)

Applicant would appreciate the Examiner initialing and returning the Form PTO/SB/08a/b, indicating that the information has been considered and made of record herein.

The information contained in this Supplemental Information Disclosure Statement under 37 C.F.R. § 1.97 and § 1.98 is not to be construed as a representation that: (i) a complete search has been made; (ii) additional information material to the examination of this application does not exist; (iii) the information, protocols, results and the like reported by third parties are accurate or enabling; or (iv) the above information constitutes prior art to the subject invention.

pa-1101937            2

Application Serial No. 10/661,165                                                                PATENT
                                                                              Docket No. 543312000420

In the unlikely event that the transmittal form is separated from this document and/or the Patent and Trademark Office determines that an extension and/or other relief (such as payment of a fee under 37 C.F.R. § 1.17 (p)) is required, Applicant petitions for any required relief including extensions of time and authorizes the Commissioner to charge the cost of such petition and/or other fees due in connection with the filing of this document to **Deposit Account No. 03-1952** referencing 543312000420.

Dated: October 10, 2006                           Respectfully submitted,

                                                  By_____
                                                  Alicia J. Hager
                                                  Registration No.: 44,140

                                                  MORRISON & FOERSTER LLP
                                                  755 Page Mill Road
                                                  Palo Alto, California 94304-1018
                                                  (650) 813-4296

OCT 1 0 2006

ALTERNATIVE TO PTO/SB/08a/b (07-05)

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 10/661,165 |
| | Filing Date | September 11, 2003 |
| | First Named Inventor | Ravinder S. DHALLAN |
| | Art Unit | 1634 |
| | Examiner Name | E. Whisenant |
| Sheet | 1 | of | 1 | Attorney Docket Number | 543312000420 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3]-Number[4]-Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | 1. | WO-98/12355-A | 03-26-1998 | Genetrace Systems | | |
| | 2. | WO-99/54498-A | 10-28-1999 | Zeneca Limited | | |

*EXAMINER: Initial if information considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 3. | Supplementary European Search Report mailed on July 12, 2006 for EP Application No. 03 71 3793.2, three pages. | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1]Applicant's unique citation designation number (optional).  [2]Applicant is to place a check mark here if English language Translation is attached.

| Examiner Signature | | Date Considered | |
|---|---|---|---|

pa-1101942