# EXHIBIT O

I hereby certify that this correspondence is being deposited with the U.S. Postal Service as Express Mail, Airbill No. EV 596702616 US, in an envelope addressed to: Mail Stop Amendment, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on the date shown below.

Dated: July 14, 2006    Signature: _____
(Megha Aggarwal)

PATENT
Docket No. 543312000420

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
    Ravinder S. DHALLAN

Serial No.:    10/661,165

Filing Date:   September 11, 2003

For:   METHODS FOR DETECTION OF GENETIC DISORDERS

Confirmation No.:   7501

Examiner:    E. Whisenant

Group Art Unit:   1634

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. § 1.97 & 1.98

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Dear Sir:

    Pursuant to 37 C.F.R. §1.97 and § 1.98, Applicant submits for consideration in the above-identified application the documents listed on the attached Form PTO/SB/08a/b. A copy of the non-patent literature is submitted herewith. The Examiner is requested to make these documents of record.

    This Supplemental Information Disclosure Statement is submitted:

☐     With the application; accordingly, no fee or separate requirements are required.

☐     Before the mailing of a first Office Action after the filing of a Request for Continued Examination under § 1.114. However, if applicable, a certification under 37 C.F.R. § 1.97 (e)(1) has been provided.

07/17/2006 GWORDOF1 00000076 10661165
01 FC:2251 ~~60.00 DA~~
02 FC:1806    180.00 DA

pa-1077053                       1

Application Serial No. 10/661,165            PATENT
Docket No. 543312000420

- [ ] Within three months of the application filing date or before mailing of a first Office Action on the merits; accordingly, no fee or separate requirements are required. However, if applicable, a certification under 37 C.F.R. § 1.97 (e)(1) has been provided.

- [x] After receipt of a first Office Action on the merits but before mailing of a final Office Action or Notice of Allowance.
  - [ ] A fee is required. A check in the amount of __ is enclosed.
  - [x] A fee is required. Accordingly, a Fee Transmittal form (PTO/SB/17) is attached to this submission in duplicate.
  - [ ] A Certification under 37 C.F.R. § 1.97(e) is provided above; accordingly; no fee is believed to be due.

- [ ] After mailing of a final Office Action or Notice of Allowance, but before payment of the issue fee.
  - [ ] A Certification under 37 C.F.R. § 1.97(e) is provided above and a check in the amount of __ is enclosed.
  - [ ] A Certification under 37 C.F.R. § 1.97(e) is provided above and a Fee Transmittal form (PTO/SB/17 is attached to this submission in duplicate.)

Applicant would appreciate the Examiner initialing and returning the Form PTO/SB/08a/b, indicating that the information has been considered and made of record herein.

The information contained in this Supplemental Information Disclosure Statement under 37 C.F.R. § 1.97 and § 1.98 is not to be construed as a representation that: (i) a complete search has been made; (ii) additional information material to the examination of this application does not exist; (iii) the information, protocols, results and the like reported by third parties are accurate or enabling; or (iv) the above information constitutes prior art to the subject invention.

In the unlikely event that the transmittal form is separated from this document and the Patent and Trademark Office determines that an extension and/or other relief (such as payment of a fee under 37 C.F.R. § 1.17 (p)) is required, Applicant petitions for any required relief including extensions of time and authorizes the Commissioner to charge the cost of such petition and/or other

Application Serial No. 10/661,165 PATENT
Docket No. 543312000420

fees due in connection with the filing of this document to **Deposit Account No. 03-1952** referencing 543312000420.

Dated: July 14, 2006           Respectfully submitted,

By _/s/ Alicia J. Hager/_
Alicia J. Hager
Registration No.: 44,140

MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
(650) 813-4296

pa-1077053                           3

ALTERNATIVE TO PTO/SB/08a/b (07-05)

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| | Complete if Known |
|---|---|
| Application Number | 10/661,165 |
| Filing Date | September 11, 2003 |
| First Named Inventor | Ravinder S. DHALLAN |
| Art Unit | 1634 |
| Examiner Name | E. Whisenant |
| Attorney Docket Number | 543312000420 |

Sheet 1 of 1

[Stamp: OIPE JUL 14 2006 PATENT & TRADEMARK]

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] (if known) | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1. | US-2003/0044791-A1 | 03-06-2003 | Flemington | |
| | 2. | US-2003/0180746-A1 | 09-25-2003 | Kmiec et al. | |
| | 3. | US-2003/0235834-A1 | 12-25-2003 | Dunlop et al. | |
| | 4. | US-4,994,372-A | 02-19-1991 | Tabor et al. | |
| | 5. | US-6,004,744-A | 12-21-1999 | Goelet et al. | |
| | 6. | US-6,730,517-B1 | 05-04-2004 | Köster et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3]-Number[4]-Kind Code[5] (if known) | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |

*EXAMINER: Initial if information considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 7. | Saito, H. et al. (Sept. 30, 2000). "Prenatal DNA Diagnosis of a Single-Gene Disorder from Maternal Plasma," *The Lancet* 356:1170. | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

| Examiner Signature | | Date Considered | |
|---|---|---|---|

pa-1077077