# EXHIBIT S



2-11-05

PTO/SB/21 (09-04)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | | |
|---|---|---|
| **TRANSMITTAL FORM** *(to be used for all correspondence after initial filing)* | Application Number | 10/661,165 |
| | Filing Date | September 11, 2003 |
| | First Named Inventor | Ravinder S. DHALLAN |
| | Art Unit | 1634 |
| | Examiner Name | E. Whisenant |
| Total Number of Pages in This Submission: 20 + 115 Refs. | Attorney Docket Number | 543312000420 |

## ENCLOSURES (Check all that apply)

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment/Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [x] Information Disclosure Statement (Supplemental – 3 pages)
- [ ] Certified Copy of Priority Document(s)
- [ ] Reply to Missing Parts/ Incomplete Application
  - [ ] Reply to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s) ____
- [ ] Landscape Table on CD

Remarks

- [ ] After Allowance Communication to TC
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to TC (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [x] Other Enclosure(s) (please Identify below):
  1. Form PTO-1449 + copy (16 pages)
  2. 115 References
  3. Return Receipt Postcard

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | |
|---|---|
| Firm Name | MORRISON & FOERSTER LLP (Customer No. 25226) |
| Signature | /Alicia J. Hager/ |
| Printed name | Alicia J. Hager |
| Date | February 9, 2005 |
| Reg. No. | 44,140 |

I hereby certify that this correspondence is being deposited with the U.S. Postal Service as Express Mail, Airbill No. EV336621662US, in a box addressed to: Mail Stop Amendment, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on the date shown below.

Dated: February 9, 2005      Signature: /Georgina Matos/ (Georgina Matos)

pa-955962

PATENT
Docket No. 543312000420

**CERTIFICATE OF MAILING BY "EXPRESS MAIL"**

I hereby certify that this correspondence is being deposited with the United States Postal Service as express mail, Airbill No. EV336621662US, in a box addressed to: Mail Stop Amendment, Commissioner for Patents, PO Box 1450, Alexandria, VA 22313-1450, on the date shown below.

Dated: February 9, 2005

Georgina Matos

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| In the application of: | | Examiner: | E. Whisenant |
|---|---|---|---|
| Ravinder S. DHALLAN | | Group Art Unit: | 1634 |
| Serial No.: 10/661,165 | | | |
| Filing Date: September 11, 2003 | | | |
| For: METHODS FOR DETECTION OF GENETIC DISORDERS | | | |

**SUPPLEMENTAL INFORMATION DISCLOSURE**

**STATEMENT UNDER 37 C.F.R. § 1.97 & 1.98**

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Dear Sir:

Pursuant to 37 C.F.R. § 1.97 and § 1.98, Applicant submits for consideration in the above-identified application the documents listed on the attached Form PTO-1449. Copies of the foreign documents and non-patent literature are submitted herewith. The Examiner is requested to make these documents of record.

pa-936462

BEST AVAILABLE COPY

This Supplemental Information Disclosure Statement is submitted:

☐ With the application; accordingly, no fee or separate requirements are required.

☐ Before the mailing of a first Office Action after the filing of a Request for Continued Examination under § 1.114. However, if applicable, a certification under 37 C.F.R. § 1.97(e)(1) has been provided.

☒ Within three months of the application filing date or before mailing of a first Office Action on the merits; accordingly, no fee or separate requirements are required. However, if applicable, a certification under 37 C.F.R. § 1.97(e)(1) has been provided.

☐ After receipt of a first Office Action on the merits but before mailing of a final Office Action or Notice of Allowance.

    ☐ A fee is required. A check in the amount of __ is enclosed.

    ☐ A fee is required. Accordingly, a Fee Transmittal form (PTO/SB/17) is attached to this submission in duplicate.

    ☐ A Certification under 37 C.F.R. § 1.97(e) is provided above; accordingly; no fee is believed to be due.

☐ After mailing of a final Office Action or Notice of Allowance, but before payment of the issue fee.

    ☐ A Certification under 37 C.F.R. § 1.97(e) is provided above and a check in the amount of __ is enclosed.

    ☐ A Certification under 37 C.F.R. § 1.97(e) is provided above and a Fee Transmittal form (PTO/SB/17 is attached to this submission in duplicate.)

Applicant would appreciate the Examiner initialing and returning the Form PTO-1449, indicating that the information has been considered and made of record herein.

The information contained in this Supplemental Information Disclosure Statement under 37 C.F.R. § 1.97 and § 1.98 is not to be construed as a representation that: (i) a complete search has been made; (ii) additional information material to the examination of this application does not exist; (iii) the information, protocols, results and the like reported by third parties are accurate or enabling; or (iv) the above information constitutes prior art to the subject invention.

In the unlikely event that the transmittal form is separated from this document and the Patent Office determines that an extension and/or other relief (such as payment of a fee under 37 C.F.R. §1.17(p)) is required, Applicant petitions for any required relief including extensions of time and authorizes the Commissioner to charge the cost of such petitions and/or other fees due in connection with the filing of this document to **Deposit Account No. 03-1952** referencing 543312000420. However, the Commissioner is not authorized to charge the cost of the issue fee to the Deposit Account.

Dated: February 9, 2005

Respectfully submitted,

By: _____
Alicia J. Hager
Registration No. 44,140

Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-4296
Facsimile: (650) 494-0792

3

Serial No. 10/661,165
Docket No. 543312000420

pa-936462

PTO/SB/08 (2-92)
Sheet 1 of 8

| Form PTO-1449 | Docket Number 543312000420 | Application Number 10/661,165 |
|---|---|---|
| INFORMATION DISCLOSURE CITATION IN AN APPLICATION *(Use several sheets if necessary)* | Applicant Ravinder S. DHALLAN | |
| | Filing Date September 11, 2003 | Group Art Unit 1634 |
| | Mailing Date February 9, 2005 | |

*[OIPE FEB 0 9 2005 PATENT & TRADEMARK OFFICE stamp]*

## U.S. PATENT DOCUMENTS

| Examiner Initials | Ref. No. | Date | Document No. | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| | 1. | 12/13/2001 | 2001/0051341 | Lo et al. | | | |
| | 2. | 04/18/2002 | 2002/0045176 | Lo et al. | | | |
| | 3. | 03/06/2003 | 2003/0044388 | Dennis et al. | | | |
| | 4. | 12/18/2003 | 2003/0232348 | Jones et al. | | | |
| | 5. | 06/03/2004 | 2004/0106102 | Dhallan | | | |
| | 6. | 06/04/1985 | 4,521,509 | Benkovic et al. | | | |
| | 7. | 04/28/1998 | 5,744,301 | Birkenbach et al. | | | |
| | 8. | 01/12/1999 | 5,858,671 | Jones | | | |
| | 9. | 10/12/1999 | 5,965,363 | Monforte et al. | | | |
| | 10. | 01/30/2001 | 6,180,372 | Franzen | | | |
| | 11. | 07/10/2001 | 6,258,540 | Lo et al. | | | |
| | 12. | 01/14/2003 | 6,506,561 | Cheval et al. | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Ref. No. | Date | Document No. | Country | Class | Subclass | Translation YES  NO |
|---|---|---|---|---|---|---|---|
| | 13. | 04/26/2000 | EP 0 994 963 | Europe | | | |
| | 14. | 09/25/1996 | GB 2 299 166 | Great Britain | | | |
| | 15. | 06/13/1991 | WO 91/08304 | WIPO | | | |
| | 16. | 03/02/1995 | WO 95/06137 | WIPO | | | |
| | 17. | 09/11/1998 | WO 98/39474 | WIPO | | | |
| | 18. | 01/17/2002 | WO 02/04672 | WIPO | | | |
| | 19. | 09/12/2003 | WO 03/074740 | WIPO | | | |
| | 20. | 12/24/2003 | WO 03/106642 | WIPO | | | |
| | 21. | 09/16/2004 | WO 2004/078994 | WIPO | | | |
| | 22. | 09/16/2004 | WO 2004/079011 | WIPO | | | |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: Initial if citation considered, whether or not the citation conforms with MPEP 609. Draw a line through the citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

PTO/SB/ 08 (2-92)     Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
pa- 934241

PTO/SB/08 (2-92)
Sheet 2 of 8

| Form PTO-1449 | Docket Number 543312000420 | Application Number 10/661,165 |
|---|---|---|
| **INFORMATION DISCLOSURE CITATION IN AN APPLICATION** *(Use several sheets if necessary)* | Applicant Ravinder S. DHALLAN | |
| | Filing Date  September 11, 2003 | Group Art Unit  1634 |
| | Mailing Date  February 9, 2005 | |

**OTHER DOCUMENTS** *(including author, title, Date, Pertinent Pages, Etc.)*

| Examiner Initials | Ref. No. | Title |
|---|---|---|
| | 23. | Amicucci, P. et al. (2000). "Prenatal Diagnosis of Myotonic Dystrophy Using Fetal DNA Obtained from Maternal Plasma," *Clinical Chemistry* 46(2):301-302. |
| | 24. | Angert, R.M. et al. (January 2003). "Fetal Cell-Free Plasma DNA Concentrations in Maternal Blood Are Stable 24 Hours after Collection: Analysis of First- and Third-Trimester Samples," *Clinical Chemistry* 49(1):195-198. |
| | 25. | Anker, P. et al. eds. (April 2000). "Circulating Nucleic Acids in Plasma or Serum," Table of Contents from the *First International Symposium on Circulating Nucleic Acids in Plasma/Serum: Implication in Cancer Diagnosis, Prognosis, or Follow-up and in Prenatal Diagnosis*, April 18-20, 1999 in Menthon Saint-Bernard, France, located at <http://www.unige.ch/LABPV/symposium/cnaps/cnaps_book.html> last visited on March 27, 2001, four pages. |
| | 26. | Anonymous. (2001). "Methods of Ultrasensitive Bioanalysis: DNA Sequencing and Indexing" *Union Bay Ultrasensitive Bioanalysis Team* located at <http://faculty.washington.edu/dovichi/research/application/DNA/DNASequencing.html> last visited April 16, 2001, four pages. |
| | 27. | Anonymous. (2001). "Molecular Indexing (MI) Home Page," *Helix Research Institute* located at <http://www.hri.co.jp/MI> last visited April 16, 2001, four pages. |
| | 28. | Anonymous. (December 16, 1996). "Birth Defects: Maternal Blood Gets Put to the Test," *Physician's Weekly Clinical Updates* located at: <http://www.physweekly.com/archive/96/12_16_19/cu4.html> last visited on March 27, 2001, one page. |
| | 29. | Anonymous. (December 17, 1998). "Strategies for the Rapid Prenatal Detection of Down's Syndrome," *CMGS* located at <http://www.ich.ucl/ac/uk/cmgs/downs98.html> last visited on March 27, 2001, four pages. |
| | 30. | Barnett, E.V. (June 1968). "Detection of Nuclear Antigens (DNA) in Normal and Pathologic Human Fluids by Quantitative Complement Fixation," *Arthritis and Rheumatism* 11(3):407-417. |
| | 31. | Bauer, M. et al. (January 2002). "Detection of Maternal Deoxyribonucleic Acid in Umbilical Cord Plasma by Using Fluorescent Polymerase Chain Reaction Amplification of Short Tandem Repeat Sequences," *Am. J. Obstet. Gynecol.* 186:117-120. |
| | 32. | Beer, A.E. et al. (September 7, 1994). "The Biological Basis of Passage of Fetal Cellular Material into the Maternal Circulation," *Annals New York Academy of Sciences* 731:21-35. |
| | 33. | Bennett, P.R. et al. (August 26, 1993). "Prenatal Determination of Fetal RhD Type by DNA Amplification," *The New England Journal of Medicine* 329(9):607-610. |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: Initial if citation considered, whether or not the citation conforms with MPEP 609. Draw a line through the citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

PTO/SB/ 08 (2-92)
pa- 934241

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

PTO/SB/08 (2-92)
Sheet 3 of 8

| Form PTO-1449 | Docket Number 543312000420 | Application Number 10/661,165 |
|---|---|---|
| INFORMATION DISCLOSURE CITATION IN AN APPLICATION *(Use several sheets if necessary)* | Applicant Ravinder S. DHALLAN | |
| | Filing Date September 11, 2003 | Group Art Unit 1634 |
| | Mailing Date February 9, 2005 | |

| | | |
|---|---|---|
| | 34. | Bianchi, D.W. (December 1995). "Prenatal Diagnosis by Analysis of Fetal Cells in Maternal Blood," *The Journal of Pediatrics* 127(6):847-856. |
| | 35. | Bianchi, D.W. (1998). "Current Knowledge About Fetal Blood Cells in the Maternal Circulation," *J. Perinat. Med.* 26:175-185. |
| | 36. | Bianchi, D.W. (1998). "Fetal DNA in Maternal Plasma: The Plot Thickens and the Placental Barrier Thins," *Am. J. Hum. Genet.* 62:763-764. |
| | 37. | Bianchi, D.W. (2000). "A Guest Editorial: State of Fetal Cells in Maternal Blood: Diagnosis or Dilemma," *Obstetrical and Gynecological Survey* 55(11):665-667. |
| | 38. | Bianchi, D.W. (September 2000). "Fetal Cells in the Mother: From Genetic Diagnosis to Diseases Associated with Fetal Cell Microchimerism," *European Journal of Obstetrics & Gynecology and Reproductive Biology* 92:103-108. |
| | 39. | Bianchi, D.W. (May 2002). "Prenatal Exclusion of Recessively Inherited Disorders: Should Maternal Plasma Analysis Precede Invasive Techniques?" *Clinical Chemistry* 48(5):689-670. |
| | 40. | Bianchi, D.W. et al. (2001). "Longitudinal Fetal DNA Quantitation Studies in Maternal Cells and Plasma over a 24 Hour Period," Program Nr: 2377 located at <http://www.faseb.org/genetics/ashg00/f2377.html> last visited on March 27, 2001, one page. |
| | 41. | Bianchi, D.W. et al. (2001). "Thoughts on the Origin of Fetal DNA in the Pregnant Woman," Abstract 3.4 *In* Chapter 3 "Clinical Applications of Fetal DNA in Maternal Plasma," *In Abstracts, 12th Fetal Cell Workshop, Fetal Diagn. Ther.*, 16:450. |
| | 42. | Bianchi, D.W. et al. (July 2002). "Fetal Gender and Aneuploidy Detection Using Fetal Cells in Maternal Blood: Analysis of NIFTY I Data," *Prenatal Diagnosis* 22:609-615. |
| | 43. | Brambati, B. (September 7, 1994). "Prenatal Diagnosis by Isolating and Analyzing Fetal Nucleated Red Cells: Dream or Reality?" *Annals New York Academy of Sciences* 731:248-252. |
| | 44. | Byrne, B.M. et al. (July 1, 2003). "Fetal DNA Quantitation in Peripheral Blood Is Not Useful as a Marker of Disease Severity in Women with Preeclampsia," *Hypertens Pregnancy* 22(2):157-164 . |
| | 45. | Camaschella, C. et al. (June 1, 1990). "Prenatal Diagnosis of Fetal Hemoglobin Lepore-Boston Disease on Maternal Peripheral Blood," *Blood* 75(11):2102-2106. |
| | 46. | Chen, X.Q. et al. (September 1996). "Microsatellite Alterations in Plasma DNA of Small Cell Lung Cancer Patients," *Nature Medicine* 2(9):1033-1035. |
| | 47. | Cohen, J. (October 2002). "Fetal Fortunes," *Technology Review* 54-61. |
| | 48. | Cox, R.A. et al. (February 1977). "DNA Concentrations in Serum and Plasma," *Clinical Chemistry* 23(2):297. |
| | 49. | Davis, G.L. et al. (Jan-Feb, 1973). "Detection of Circulating DNA by Counterimmuno-electrophoresis (CIE)," *Arthritis and Rheumatism* 16(1):52-58. |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: Initial if citation considered, whether or not the citation conforms with MPEP 609. Draw a line through the citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

PTO/SB/ 08 (2-92)                                           Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
pa- 934241

PTO/SB/08 (2-92)
Sheet 4 of 8

| Form PTO-1449 INFORMATION DISCLOSURE CITATION IN AN APPLICATION *(Use several sheets if necessary)* | Docket Number 543312000420 | Application Number 10/661,165 |
|---|---|---|
| | Applicant Ravinder S. DHALLAN | |
| | Filing Date September 11, 2003 | Group Art Unit 1634 |
| | Mailing Date February 9, 2005 | |

| | | |
|---|---|---|
| | 50. | Dhallan, R. et al. (March 3, 2004). "Methods to Increase the Percentage of Free Fetal DNA Recovered From the Maternal Circulation," *JAMA* 291(9):1114-1119. |
| | 51. | Ding, C. et al. (July 20, 2004). "MS Analysis of Single-Nucleotide Differences in Circulating Nucleic Acids: Application to Noninvasive Prenatal Diagnosis," *PNAS* 101(29):10762-10767. |
| | 52. | Douglas, G.W. et al. (November 1959). "Trophoblast in the Circulating Blood During Pregnancy," *American Journal of Obstetrics and Gynecology* 78(5):960-973. |
| | 53. | Emanuel, S.L. et al. (1993). "Amplification of Specific Gene Products from Human Serum," *GATA* 10(6):144-146. |
| | 54. | Farnia, A. et al. (1998). "Fetal Cells in Maternal Blood as a Second Non-Invasive Step for Fetal Down Syndrome Screening," *Prenat. Diagn.* 18:983-986. |
| | 55. | Fournié, G.J. et al. (1993). "Plasma DNA as Cell Death Marker in Elderly Patients," *Gerontology* 39:215-221. |
| | 56. | Fowke, K.R. et al. (1995). "Genetic Analysis of Human DNA Recovered From Minute Amounts of Serum or Plasma," *Journal of Immunological Methods* 180:45-51. |
| | 57. | Hahn, S. et al. (September 2002). "Prenatal Diagnosis Using Fetal Cells and Cell-Free Fetal DNA in Maternal Blood: What is Currently Feasible?" *Clinical Obstetrics and Gynecology* 45(3):649-656. |
| | 58. | Hahn, S. et al. (2001). "An Examination of Fetal Cells, Free Fetal DNA and Fetal Cell Culture: The Basel Experience," Abstract 3.2 *In* Chapter 3 "Clinical Applications of Fetal DNA in Maternal Plasma," *In Abstracts, 12th Fetal Cell Workshop, Fetal Diagn. Ther.*, 16:449. |
| | 59. | Heinemann, J.A. et al. (April 2000). "New Hypotheses on the Material Nature of Horizontally Mobile Genes," *Annals New York Academy of Sciences* 906:169-186. |
| | 60. | Holzgreve, W. et al. (2000). "Fetal Cells in Cervical Mucus and Maternal Blood," *Bailliere's Clinical Obstetrics and Gynaecology* 14(4):709-722. |
| | 61. | Holzgreve, W. et al. (June 2001). "Prenatal Diagnosis Using Fetal Cells and Free Fetal DNA in Maternal Blood," *Clinical Perinatology* 28(2):353-365. |
| | 62. | International Search Report mailed on July 17, 2003, for PCT Patent Application No. PCT/US03/06376 filed on February 28, 2003, 4 pages. |
| | 63. | Kamm, R.C. et al. (1972). "Nucleic Acid Concentrations in Normal Human Plasma," *Clinical Chemistry* 18(6):519-522. |
| | 64. | Kamm, R.C. et al. (1975). "Plasma Deoxyribonucleic Acid Concentrations of Women in Labor and Umbilical Cords," *American Journal of Obstetrics and Gynecology* 121(1):29-31. |
| | 65. | Kang, A. et al. (1999). "Fetal Cells in Maternal Blood: Their Role in Non-Invasive Prenatal Diagnosis and in the Etiology of Certain Diseases," ("Fetale Zellen im mütterlichen Blut - ihre Bedeutung für eine nicht-invasive pränatale Diagnostik und bei der Ätiologie bestimmter Erkrankungen,") *Schweiz Med. Wochenschr* 129:1470-1743. English Translation and original language article. |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: Initial if citation considered, whether or not the citation conforms with MPEP 609. Draw a line through the citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

PTO/SB/ 08 (2-92)
pa- 934241

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

PTO/SB/08 (2-92)
Sheet 5 of 8

| Form PTO-1449 | Docket Number 543312000420 | Application Number 10/661,165 |
|---|---|---|
| INFORMATION DISCLOSURE CITATION IN AN APPLICATION | Applicant Ravinder S. DHALLAN | |
| *(Use several sheets if necessary)* | Filing Date September 11, 2003 | Group Art Unit 1634 |
| | Mailing Date February 9, 2005 | |

| | | |
|---|---|---|
| | 66. | Kuo, P-L. (1999). "Fetal Cell Isolation From Maternal Blood - Clinical and Biological Implications," *Adv. Obstet. Perinatol.* 10(1):15-24. |
| | 67. | Kwak, J.Y.H. et al. (September 7, 1994). "Biological Basis of Fetoplacental Antigenic Determinants in the Induction of the Antiphospholipid Antibody Syndrome and Recurrent Pregnancy Loss," *Annals New York Academy of Sciences* 731:242-245. |
| | 68. | Lagona, F. et al. (April 2000). "Fetal DNA Analysis from Maternal Plasma and Nucleated Blood Cells," *Annals New York Academy of Sciences* 906:156-160. |
| | 69. | Lee, T. et al. (November 2002). "Down Syndrome and Cell-Free Fetal DNA in Archived Maternal Serum," *Am. J. Obstet. Gynecol.* 187:1217-1221. |
| | 70. | Leon, S.A. et al. (1977). "Free DNA in the Serum of Rheumatoid Arthritis Patients," *Journal of Rheumatology* 4(2):139-143. |
| | 71. | Lo, Y.M.D. (September 7, 1994). "An Improved PCR-Based System for Prenatal Sex Determination from Maternal Peripheral Blood," *Annals New York Academy of Sciences* 731:214-216. |
| | 72. | Lo, Y.M.D. et al. (September 7, 1994). "Strategies for the Detection of Autosomal Fetal DNA Sequence from Maternal Peripheral Blood," *Annals New York Academy of Sciences* 731:204-213. |
| | 73. | Lo, Y.M.D. (September 7, 1994). "Prenatal Determination of Fetal Rhesus D Status by DNA Amplification of Peripheral Blood of Rhesus-Negative Mothers," *Annals New York Academy of Sciences*, 731: 229-236. |
| | 74. | Lo, Y.M.D. (December 1994) "Non-Invasive Prenatal Diagnosis Using Fetal Cells in Maternal Blood," *Journal of Clinical Pathology* 47(12):1060-1065. |
| | 75. | Lo, Y.M.D. (1999). "Fetal RhD Genotyping From Maternal Plasma," *Annals of Medicine* 31(5):308-312. |
| | 76. | Lo, Y.M.D. (1999). "Rapid Clearance of Fetal DNA from Maternal Plasma," *Am. J. Hum. Genet.* 64:218-224. |
| | 77. | Lo, Y.M.D. (April 2000). "Fetal DNA in Maternal Plasma," *Annals of New York Academy of Sciences* 906:141-147. |
| | 78. | Lo, Y.M.D. (December, 2000). "Fetal DNA in Maternal Plasma: Biology and Diagnostic Applications," *Clinical Chemistry* 46(12):1903-1906. |
| | 79. | Lo, Y.M.D. (2001). "Fetal DNA in Maternal Plasma," Abstract 3.1 *In* Chapter 3 "Clinical Applications of Fetal DNA in Maternal Plasma," *In Abstracts, 12th Fetal Cell Workshop, Fetal Diagn. Ther.*, 16:448-449. |
| | 80. | Lo, Y.M.D. (June 2001). "Fetal DNA in Maternal Plasma: Application to Non-Invasive Blood Group Genotyping of the Fetus," *Transfus. Clin. Biol.* 8(3):306-310. |
| | 81. | Lo, Y.M.D. (January 2003). "Fetal DNA in Maternal Plasma/Serum: The First 5 Years," *Pediatric Research* 53(1):16-17. |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: Initial if citation considered, whether or not the citation conforms with MPEP 609. Draw a line through the citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

PTO/SB/ 08 (2-92)   Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
pa- 934241

PTO/SB/08 (2-92)
Sheet 6 of 8

| Form PTO-1449 | Docket Number 543312000420 | Application Number 10/661,165 |
|---|---|---|
| **INFORMATION DISCLOSURE CITATION IN AN APPLICATION** *(Use several sheets if necessary)* | Applicant  Ravinder S. DHALLAN | |
| | Filing Date September 11, 2003 | Group Art Unit 1634 |
| | Mailing Date February 9, 2005 | |

| | | |
|---|---|---|
| | 82. | Lo, Y.M.D. et al. (June 16, 1990). "Detection of Single-Copy Fetal DNA Sequence From Maternal Blood," *The Lancet* 335:1463-1464. |
| | 83. | Lo, Y.M.D. et al. (1994). "Detection of Fetal RhD Sequence From Peripheral Blood of Sensitized RhD-Negative Women," *British Journal of Hematology* 87:658-660. |
| | 84. | Lo, Y.M.D. et al. (1999). "Increased Fetal DNA Concentrations in the Plasma of Pregnant Women Carrying Fetuses with Trisomy 21," *Clinical Chemistry* 45(10):1747-1751. |
| | 85. | Longo, M.C. et al. (1990). "Use of Uracil DNA Glycosylase to Control Carry-Over Contamination in Polymerase Chain Reactions," *Gene* 93:125-128. |
| | 86. | Martin, M. et al. (February 1992). "A Method for Using Serum or Plasma as a Source of DNA for HLA Typing," *Human Immunology* 33(2):108-113. |
| | 87. | Miller, D. ed. (August 16, 1996). "Notes on Fifth Fetal Cell Workshop," Amsterdam, May 3, 1996, published and located at <http://iubio.bio.indiana.edu> last visited on March 27, 2001, four pages. |
| | 88. | Mulcahy, H.E. et al. (September 7, 1996). "Cancer and Mutant DNA in Blood Plasma," *The Lancet* 348(9028):628. |
| | 89. | Muller, F. et al. (March 2000). "Parental Origin of the Extra Chromosome in Prenatally Diagnosed Fetal Trisomy 21," *Hum. Genet.* 106:340-344. |
| | 90. | Nawroz, H. et al. (September 1996). "Microsatellite Alterations in Serum DNA of Head and Neck Cancer Patients," *Nature Medicine* 2(9):1035-1037. |
| | 91. | Pertl, B. et al. (May 14, 1994). "Rapid Molecular Method for Prenatal Detection of Down's Syndrome," *The Lancet* 343:1197-1198. |
| | 92. | Pertl, B. et al. (October 1999). "First Trimester Prenatal Diagnosis: Fetal Cells in the Maternal Circulation," *Seminars in Perinatology* 23(5):393-402. |
| | 93. | Pertl, B. et al. (January 6, 2000). "Detection of Male and Female Fetal DNA in Maternal Plasma by Multiplex Fluorescent Polymerase Chain Reaction Amplification of Short Tandem Repeats," *Hum. Genet.* 106:45-49. |
| | 94. | Pertl, B. et al. (March 27, 2001). "Detection of Male and Female Fetal DNA in Maternal Plasma by Multiplex Fluorescent Polymerase Chain Reaction Amplification of Short Tandem Repeats," located at <http://link.springer.de/link/service/journals/00439/contents/99/00166/s004399900166ch002.html> last visited on March 27, 2001, one page. |
| | 95. | Pertl, B. et al. (March 27, 2001). "Detection of Male and Female Fetal DNA in Maternal Plasma by Multiplex Fluorescent Polymerase Chain Reaction Amplification of Short Tandem Repeats (STRs)," Program Nr: 410 located at <http://www.faseb.org.genetics/ashg99/f410.html> last visited March 27, 2001, one page. |
| | 96. | Poon, L.L.M. (2000). "Presence of Fetal RNA in Maternal Plasma," *Clin. Chem.* 46(11):1832-1834. |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: Initial if citation considered, whether or not the citation conforms with MPEP 609. Draw a line through the citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

PTO/SB/ 08 (2-92)
pa- 934241

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

PTO/SB/08 (2-92)
Sheet 7 of 8

| Form PTO-1449 | Docket Number 543312000420 | Application Number 10/661,165 |
|---|---|---|
| INFORMATION DISCLOSURE CITATION IN AN APPLICATION | Applicant Ravinder S. DHALLAN | |
| *(Use several sheets if necessary)* | Filing Date September 11, 2003 | Group Art Unit 1634 |
| | Mailing Date February 9, 2005 | |

| | | |
|---|---|---|
| | 97. | Poon, L.L.M. et al. (November 25, 2000). "Prenatal Detection of Fetal Down's Syndrome from Maternal Plasma," *The Lancet* 356:1819-1820. |
| | 98. | Poon, L.L.M. et al. (November 2001). "Circulating Fetal DNA in Maternal Plasma," *Clinica Chimmica Acta* 313:151-155. |
| | 99. | Ramster, B. (July 2, 2001). "IVF Screening for Down's Syndrome Flawed, Say Experts," BioMedNet located at <http://news.bmn,com/news/story?day=010703&story> last visited July 3, 2001, one page. |
| | 100. | Raptis, L. et al. (December 1980). "Quantitation and Characterization of Plasma DNA in Normals and Patients with Systemic Lupis Erythematosus," *Journal of Clinical Investigation* 66:1391-1399. |
| | 101. | Samura, O. et al. (July 2000). "Female Fetal Cells in Maternal Blood: Use of DNA Polymorphisms to Prove Origin," *Hum. Genet.* 107:28-32. |
| | 102. | Samura, O. et al. (September 2001). "Diagnosis of Trisomy 21 in Fetal Nucleated Erythrocytes from Maternal Blood by Use of Short Tandem Repeat Sequences," *Clinical Chemistry* 47(9):1622-1626. |
| | 103. | Shapiro, B. et al. (1983). "Determination of Circulating DNA Levels in Patients with Benign or Malignant Gastrointestinal Disease," *Cancer* 51:2116-2120. |
| | 104. | Sidransky, D. (April 2000). "Circulating DNA: What We Know and What We Need to Learn," *In* Circulating Nucleic Acids in Plasma or Serum, *Annals New York Academy of Sciences* 906:1-4. |
| | 105. | Simpson, J.L. et al. (1994). "Isolating Fetal Cells in Maternal Circulation for Prenatal Diagnosis," *Prenatal Diagnosis* 14:1229-1242. |
| | 106. | Simpson, J.L. et al. (September 7, 1994). "Fetal Cells in Maternal Blood. Overview and Historical Perspective," *Annals New York Academy of Sciences* 731:1-8. |
| | 107. | Simpson, J.L. et al. (March 3, 2004). "Cell-Free Fetal DNA in Maternal Blood," *JAMA* 291(9):1135-1137. |
| | 108. | Smid, M. et al. (1999). "Evaluation of Different Approaches for Fetal DNA Analysis from Maternal Plasma and Nucleated Blood Cells," *Clinical Chemistry* 45(8):1570-1572. |
| | 109. | Smid, M. et al. (2001). "Quantitative Analysis of Fetal DNA in Maternal Plasma in Pregnancies Affected by Insulin-Dependent Diabetes mellitus (IDDM)," Abstract 3.3 *In* Chapter 3 "Clinical Applications of Fetal DNA in Maternal Plasma," *In* Abstracts, *12th Fetal Cell Workshop, Fetal Diagn. Ther.*, 16:449-450. |
| | 110. | SNP Entry Report for HC21S00007. (Date Unknown). located at <http//:csnp.unige.ch/cgi-bin/csnp_fetch?entry=HC21S00007> last visited on September 27, 2004, one page. |
| | 111. | SNP Entry Report for HC21S00027. (Date Unknown). located at <http//:csnp.unige.ch/cgi-bin/csnp_fetch?db+csnp&format=html&entry=HC21S00027> last visited on September 27, 2004, one page. |
| | 112. | SNP Entry Report for HC21S00131. (Date Unknown). located at <http//:csnp.unige.ch/cgi-bin/csnp_fetch?db+csnp&format=html&entry=HC21S00131> last visited on September 27, 2004, one page. |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: Initial if citation considered, whether or not the citation conforms with MPEP 609. Draw a line through the citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

PTO/SB/ 08 (2-92)                                                             Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
pa- 934241

| | | |
|---|---|---|
| Form PTO-1449<br>INFORMATION DISCLOSURE CITATION<br>IN AN APPLICATION<br>*(Use several sheets if necessary)* | Docket Number 543312000420 | Application Number 10/661,165 |
| | Applicant<br>Ravinder S. DHALLAN | |
| | Filing Date  September 11, 2003 | Group Art Unit  1634 |
| | Mailing Date  February 9, 2005 | |

| | | |
|---|---|---|
| | 113. | SNP Entry Report for HC21S00340. (Date Unknown). located at <http//:csnp.unige.ch/cgi-bin/csnp_fetch?entry=HC21S00340> last visited on September 27, 2004, 2 pages. |
| | 114. | Steele, C.D. et al. (December 1996). "Prenatal Diagnosis Using Fetal Cells Isolated From Maternal Peripheral Blood: A Review," *Clinical Obstetrics and Gynecology* 39(4):801-813. |
| | 115. | Strickland, S. et al. (October 30, 1992). "Invasion of the Trophoblasts," *Cell* 71:355-357. |
| | 116. | Stroun, M. et al. ( April 2000). "The Origin and Mechanism of Circulating DNA," *Annals New York Academy of Sciences* 906:161-168. |
| | 117. | Tan, E.M. et al. (1966). "Deoxyribonucleic Acid (DNA) and Antibodies to DNA in the Serum of Patients with Systemic Lupis Erythematosus," *Journal of Clinical Investigation* 45(11):1732-1740. |
| | 118. | Tang, N.L.S. et al. (1999). "Detection of Fetal-Derived Paternally Inherited X-Chromosome Polymorphisms in Maternal Plasma," *Clinical Chemistry* 45(11):2033-2035. |
| | 119. | Thomas, M.R. et al. (September 7, 1994). "The Time of Appearance, and Quantitation, of Fetal DNA in the Maternal Circulation," *Annals New York Academy of Sciences* 731:217-225. |
| | 120. | Uitto, J. et al. (August 2003). "Probing the Fetal Genome: Progress in Non-Invasive Prenatal Diagnosis," *Trends in Molecular Medicine* 9(8):239-243. |
| | 121. | van Wijk, I.J. et al. (2000). "Detection of Apoptotic Fetal Cells in Plasma of Pregnant Women," *Clinical Chemistry* 46(5):729-731. |
| | 122. | Velculescu, V.E. et al. (October 2000). "Analysing Uncharted Transcriptomes with SAGE," *TIG* 16(10): 423-425. |
| | 123. | Verma, L. et al. (July 4, 1998). "Rapid and Simple Prenatal DNA Diagnosis of Down's Syndrome," *The Lancet* 352:9-11. |
| | 124. | Wataganara, T. et al. (January 2003). "Maternal Serum Cell-Free Fetal DNA Levels are Increased in Cases of Trisomy 13 but not Trisomy 18," *Hum. Genet.* 112(1):204-208. |
| | 125. | Yamamoto et al. (March 1994). "Anti-ssDNA and dsDNA Antibodies in Preeclampsia," *Asia Oceania J. Obstet Gynaecol.* 20(1):93-99. |
| | 126. | Zhen, D.K. et al. (1998). "Poly-Fish: A Technique of Repeated Hybridizations That Improves Cytogenetic Analysis of Fetal Cells in Maternal Blood," *Prenat. Diagn.* 18:1181-1185. |
| | 127. | Zhong, X.Y. et al. (2000). "Fetal DNA in Maternal Plasma is Elevated in Pregnancies with Aneuploid Fetuses," *Prenatal Diagnosis* 20:795-798. |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: Initial if citation considered, whether or not the citation conforms with MPEP 609. Draw a line through the citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

PTO/SB/ 08 (2-92)
pa- 934241

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE