# EXHIBIT T

PTO/SB/21 (02-04)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| Application Number | 10/661,165 |
|---|---|
| Filing Date | September 11, 2003 |
| First Named Inventor | Ravinder S. DHALLAN |
| Art Unit | 1645 |
| Examiner Name | Not Yet Assigned |
| Total Number of Pages in This Submission | 6 + 5 refs. |
| Attorney Docket Number | 543312000420 |

## ENCLOSURES (Check all that apply)

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment/Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [x] Information Disclosure Statement (3 pages)
- [ ] Certified Copy of Priority Document(s)
- [ ] Response to Missing Parts/ Incomplete Application
  - [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s) _____

- [ ] After Allowance communication to Technology Center (TC)
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to TC (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [x] Other Enclosure(s) (please Identify below):
  1. Form PTO-1449 + copy (2 pages)
  2. Five (5) References
  3. Return postcard

Remarks

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual name | MORRISON & FOERSTER LLP   (Customer No. 25226) Alicia J. Hager - 44,140 |
|---|---|
| Signature | *[signature]* |
| Date | August 25, 2004 |

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class Mail, in an envelope addressed to: Mail Stop Amendment, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on the date shown below.

Dated: August 25, 2004     Signature: *[signature]* (Sandy Yi)

pa-913661



PATENT
Docket No. 543312000420

| CERTIFICATE OF MAILING BY "FIRST CLASS MAIL" |
|---|
| I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Mail Stop Amendment, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on August 25, 2004.<br><br>*Sandy Yi*<br>Sandy Yi |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| In the application of: | Examiner: | Not Yet Assigned |
|---|---|---|
| Ravinder S. DHALLAN | Group Art Unit: | 1645 |
| Serial No.: 10/661,165 | | |
| Filing Date: September 11, 2003 | | |
| For: METHODS FOR DETECTION OF GENETIC DISORDERS | | |

**SUPPLEMENTAL INFORMATION DISCLOSURE**
**STATEMENT UNDER 37 C.F.R. § 1.97 & 1.98**

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Dear Sir:

Pursuant to 37 C.F.R. § 1.97 and § 1.98, Applicants submit for consideration in the above-identified application the documents listed on the attached Form PTO-1449. Pursuant to the USPTO notice dated July 11, 2003, waiving the requirement under 37 C.F.R. § 1.98 (a)(2)(i) to provide copies of U.S. Patents and U.S. Published Applications, copies of those references are

1

pa-907382

not submitted. Copies of foreign documents and non-patent literature are submitted herewith. The Examiner is requested to make these documents of record.

The documents listed on the attached Form PTO-1449 were cited in an International Search Report mailed on July 20, 2004 directed to a counterpart international or foreign application.

This Supplemental Information Disclosure Statement is submitted:

- ☐ With the application; accordingly, no fee or separate requirements are required.
- ☐ Before the mailing of a first Office Action after the filing of a Request for Continued Examination under § 1.114.
- ☒ Within three months of the application filing date or before mailing of a first Office Action on the merits; accordingly, no fee or separate requirements are required.
- ☐ After receipt of a first Office Action on the merits but before mailing of a final Office Action or Notice of Allowance.
    - ☐ A fee is required. A check in the amount of __ is enclosed.
    - ☐ A fee is required. Accordingly, a Fee Transmittal form (PTO/SB/17) is attached to this submission in duplicate.
    - ☐ A Certification under 37 C.F.R. § 1.97(e) is provided below; accordingly; no fee is believed to be due.
- ☐ After mailing of a final Office Action or Notice of Allowance, but before payment of the issue fee.
    - ☐ A Certification under 37 C.F.R. § 1.97(e) is provided below and a check in the amount of __ is enclosed.
    - ☐ A Certification under 37 C.F.R. § 1.97(e) is provided below and a Fee Transmittal form (PTO/SB/17 is attached to this submission in duplicate.)

Applicant would appreciate the Examiner initialing and returning the Form PTO-1449, indicating that the information has been considered and made of record herein.

Serial No. 10/661,165
Docket No. 543312000420

pa-907382

The information contained in this Supplemental Information Disclosure Statement under 37 C.F.R. § 1.97 and § 1.98 is not to be construed as a representation that: (i) a complete search has been made; (ii) additional information material to the examination of this application does not exist; (iii) the information, protocols, results and the like reported by third parties are accurate or enabling; or (iv) the above information constitutes prior art to the subject invention.

In the unlikely event that the transmittal form is separated from this document and the Patent Office determines that an extension and/or other relief is required, Applicant petitions for any required relief including extensions of time and authorizes the Commissioner to charge the cost of such petitions and/or other fees due in connection with the filing of this document to **Deposit Account No. 03-1952** referencing 543312000420  However, the Commissioner is not authorized to charge the cost of the issue fee to the Deposit Account.

Dated:    August 25, 2004

Respectfully submitted,

By: _/Alicia J. Hager/_
Alicia J. Hager
Registration No. 44,140

Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: (650) 813-4296
Facsimile:  (650) 494-0792

PTO/SB/08 (2-92)
Sheet 1 of 1

| Form PTO-1449 | Docket Number 543312000420 | Application Number 10/661,165 |
|---|---|---|
| INFORMATION DISCLOSURE CITATION IN AN APPLICATION *(Use several sheets if necessary)* | Applicant Ravinder S. DHALLAN | |
| | Filing Date September 11, 2003 | Group Art Unit 1645 |
| | Mailing Date August 25, 2004 | |

*[OIPE stamp: AUG 30 2004]*

## U.S. PATENT DOCUMENTS

| Examiner Initials | Ref. No. | Date | Document No. | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| | 1. | 04/08/1997 | 5,618,664 | Kiessling | | | |
| | 2. | 06/24/1997 | 5,641,628 | Bianchi | | | |
| | 3. | 12/07/1999 | 5,998,141 | Acton | | | |
| | 4. | 07/18/2000 | 6,090,553 | Matson | | | |
| | 5. | 03/20/2001 | 6,203,989 | Goldberg et al. | | | |
| | 6. | 05/01/2001 | 6,225,061 | Becker et al. | | | |
| | 7. | 05/14/2002 | 6,387,621 | Wittwer | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Ref. No. | Date | Document No. | Country | Class | Subclass | Translation YES   NO |
|---|---|---|---|---|---|---|---|
| | 8. | 01/31/2002 | WO 02/08389 | WIPO | | | |

## OTHER DOCUMENTS *(including author, title, Date, Pertinent Pages, Etc.)*

| Examiner Initials | Ref. No. | Title |
|---|---|---|
| | 9. | Cunningham, J. et al. (October 1999). "Non-Invasive RNA-Based Determination of Fetal Rhesus D-Type: A Prospective Study Based on 96 Pregnancies," *British J. of Ob-Gyn* 106:1023-1028. |
| | 10. | Promega, Inc. (December 1999). "Wizard® DNA Clean-Up System," *Promega Corp. Technical Bulletin* 141:1-4. |
| | 11. | Oliphant, A. et al. (June 2002). "BeadArray™ Technology: Enabling An Accurate, Cost-Effective Approach to High-Throughput Genotyping," *Biotechniques* 32:S56-S61. |
| | 12. | International Search Report mailed on July 20, 2004 for PCT patent application no. PCT/US03/27308 filed August 29, 2003, 11 pages. |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: Initial if citation considered, whether or not the citation conforms with MPEP 609. Draw a line through the citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

PTO/SB/ 08 (2-92)
pa- 907374                                        Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE