# EXHIBIT U

PTO/SB/21 (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| Application Number | 10/661,165 |
|---|---|
| Filing Date | September 11, 2003 |
| First Named Inventor | Ravinder S. DHALLAN |
| Art Unit | 1645 |
| Examiner Name | Not Yet Assigned |
| Total Number of Pages in This Submission | 26 pages + 169 refs. |
| Attorney Docket Number | 543312000420 |

## ENCLOSURES (Check all that apply)

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment/Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [x] Information Disclosure Statement (Supplemental) - 3 pages
- [ ] Certified Copy of Priority Document(s)
- [ ] Response to Missing Parts/Incomplete Application
  - [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s) _____

- [ ] After Allowance Communication to Group
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to Group (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [x] Other Enclosure(s) (please identify below):

Form PTO-1449 + duplicate copy - 22 pages
One hundred sixty-nine (169) references
Return receipt postcard

Remarks

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual name | MORRISON & FOERSTER LLP          (Customer No. 25226)<br>Eric H. Witt - 44,408 |
|---|---|
| Signature | |
| Date | February 20, 2004 |

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class Mail, in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on the date shown below.

Dated: February 20, 2004     Signature: _Patricia M. Ellison_ (Patricia M. Ellison)

pa-863511

PATENT
Docket No. 543312000420

| CERTIFICATE OF MAILING BY "FIRST CLASS MAIL" |
|---|
| I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on February 20, 2004.<br><br>_Patricia M. Ellison_<br>Patricia M. Ellison |



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the application of:

    Ravinder S. DHALLAN

Serial No.:    10/661,165

Filing Date:    September 11, 2003

For:    METHODS FOR DETECTION OF GENETIC DISORDERS

Examiner: Not Yet Assigned

Group Art Unit: 1645

**SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. § 1.97 & 1.98**

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Dear Sir:

Pursuant to 37 C.F.R. § 1.97 and § 1.98, Applicants submit for consideration in the above-identified application the documents listed on the attached Form PTO-1449. Pursuant to the USPTO notice dated July 11, 2003, waiving the requirement under 37 C.F.R. § 1.98 (a)(2)(i) to provide copies of U.S. Patents and U.S. Published Applications, copies of those references are not submitted, however please find copies of related co-pending applications numbers 1-3.

1

pa-832113

Copies of foreign documents and non-patent literature are also submitted herewith. The Examiner is requested to make these documents of record.

This Supplemental Information Disclosure Statement is submitted:

☐ With the application; accordingly, no fee or separate requirements are required.

☐ Before the mailing of a first Office Action after the filing of a Request for Continued Examination under § 1.114.

☒ Within three months of the application filing date or before mailing of a first Office Action on the merits; accordingly, no fee or separate requirements are required.

☐ After receipt of a first Office Action on the merits but before mailing of a final Office Action or Notice of Allowance.

    ☐ A fee is required. A check in the amount of __ is enclosed.

    ☐ A fee is required. Accordingly, a Fee Transmittal form (PTO/SB/17) is attached to this submission in duplicate.

    ☐ A Certification under 37 C.F.R. § 1.97(e) is provided below; accordingly; no fee is believed to be due.

☐ After mailing of a final Office Action or Notice of Allowance, but before payment of the issue fee.

    ☐ A Certification under 37 C.F.R. § 1.97(e) is provided below and a check in the amount of __ is enclosed.

    ☐ A Certification under 37 C.F.R. § 1.97(e) is provided below and a Fee Transmittal form (PTO/SB/17 is attached to this submission in duplicate.)

Applicant would appreciate the Examiner initialing and returning the Form PTO-1449, indicating that the information has been considered and made of record herein.

The information contained in this Supplemental Information Disclosure Statement under 37 C.F.R. § 1.97 and § 1.98 is not to be construed as a representation that: (i) a complete search has been made; (ii) additional information material to the examination of this application does not exist; (iii) the information, protocols, results and the like reported by third parties are accurate or enabling; or (iv) the above information constitutes prior art to the subject invention.

In the unlikely event that the transmittal form is separated from this document and the Patent Office determines that an extension and/or other relief is required, Applicant petitions for any required relief including extensions of time and authorizes the Commissioner to charge the cost of such petitions and/or other fees due in connection with the filing of this document to **Deposit Account No. 03-1952** referencing 543312000420  However, the Commissioner is not authorized to charge the cost of the issue fee to the Deposit Account.

Dated:   February 20, 2004

Respectfully submitted,

By: _____
    Eric Witt
    Registration No. 44,408

Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: (650) 813-5755
Facsimile:  (650) 494-0792

PTO/SB/08 (2-92)
Sheet 1 of 11

| Form PTO-1449 | Docket Number 543312000420 | Application Number 10/661,165 |
|---|---|---|
| INFORMATION DISCLOSURE CITATION IN AN APPLICATION *(Use several sheets if necessary)* | Applicant Ravinder S. DHALLAN | |
| | Filing Date September 11, 2003 | Group Art Unit 1645 |
| | Mailing Date February 20, 2004 | |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Ref. No. | Date | Document No. | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| | 1. | 03/01/2002 | 60/360,232 | Dhallan | | | |
| | 2. | 05/08/2002 | 60/378,354 | Dhallan | | | |
| | 3. | 02/28/2003 | 10/376,770 | Dhallan | | | |
| | 4. | 05/29/2003 | 2003/0099964 | Patil et al. | | | |
| | 5. | 05/01/2003 | 2003/0082576 | Jones et al | | | |
| | 6. | 10/02/2003 | 2003/0186239 | Dhallan | | | |
| | 7. | 07/28/1987 | 4,683,195 | Mullis et al. | | | |
| | 8. | 07/28/1987 | 4,683,202 | Mullis | | | |
| | 9. | 01/24/1989 | 4,800,159 | Mullis et al. | | | |
| | 10. | 12/26/1989 | 4,889,818 | Gelfand et al. | | | |
| | 11. | 10/23/1990 | 4,965,188 | Mullis et al. | | | |
| | 12. | 06/11/1991 | 5,023,171 | Ho et al. | | | |
| | 13. | 11/19/1991 | 5,066,584 | Gyllensten et al. | | | |
| | 14. | 12/24/1991 | 5,075,216 | Innis et al. | | | |
| | 15. | 01/07/1992 | 5,079,352 | Gelfand et al. | | | |
| | 16. | 02/25/1992 | 5,091,310 | Innis | | | |
| | 17. | 04/14/1992 | 5,104,792 | Silver et al. | | | |
| | 18. | 07/11/1995 | 5,432,054 | Saunders et al. | | | |
| | 19. | 07/23/1996 | 5,538,848 | Livak et al. | | | |
| | 20. | 08/13/1996 | 5,545,552 | Mathur | | | |
| | 21. | 05/20/1997 | 5,631,147 | Lohman et al. | | | |
| | 22. | 07/15/1997 | 5,648,222 | Tse et al. | | | |
| | 23. | 03/03/1998 | 5,723,591 | Livak et al | | | |
| | 24. | 11/03/1998 | 5,831,065 | Brenner | | | |
| | 25. | 08/29/2000 | 6,110,709 | Ausubel et al. | | | |
| | 26. | 09/26/2000 | 6,124,120 | Lizardi | | | |
| | 27. | 06/26/2001 | 6,251,639 | Kurn | | | |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: Initial if citation considered, whether or not the citation conforms with MPEP 609. Draw a line through the citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

PTO/SB/ 08 (2-92)
pa- 831996                                    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

| Form PTO-1449 | Docket Number 543312000420 | Application Number 10/661,165 |
|---|---|---|
| INFORMATION DISCLOSURE CITATION IN AN APPLICATION *(Use several sheets if necessary)* | Applicant Ravinder S. DHALLAN | |
| | Filing Date September 11, 2003 | Group Art Unit 1645 |
| | Mailing Date February 20, 2004 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 28. | 11/05/2002 | 6,475,736 | Stanton, Jr. | | | |
| | 29. | 09/02/2003 | 6,613,517 | Michelotti | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials | Ref. No. | Date | Document No. | Country | Class | Subclass | Translation YES NO |
|---|---|---|---|---|---|---|---|
| | 30. | 09/12/2003 | WO 03/074723 | WIPO | | | |

### OTHER DOCUMENTS  *(including author, title, Date, Pertinent Pages, Etc.)*

| Examiner Initials | Ref. No. | Title |
|---|---|---|
| | 31. | Ahlquist, D. A. et al. (2000). "Colorectal Cancer Screening by Detection of Altered Human DNA in Stool: Feasibility of A Multitarget Assay Panel," *Gastroenterology* 119:1219-1227. |
| | 32. | Bianchi, D. W. et al. (1990). "Isolation of Fetal DNA From Nucleated Erythrocytes in Maternal Blood," *Proc. Natl. Acad. Sci USA* 87:3279-3283. |
| | 33. | Bianchi, D. W. et al. (1997). "PCR Quantitation of Fetal Cells in Maternal Blood in Normal and Aneuploid Pregnancies," *Am. J. Hum. Genet.* 61:822-829. |
| | 34. | Bianchi, D. W. et. al. (1996). "Male Fetal Progenitor Cells Persist in Maternal Blood for as Long as 27 Years Postpartum," *Proc. Natl. Acad. Sci. USA* 93:705-708. |
| | 35. | Blanchard, A.P. et al. (1996). "Sequence to Array: Probing the Genome's Secrets," *Nature Biotechnology* 149:1649. |
| | 36. | Brenner, S. et al. (2000). "Gene Expression Analysis by Massively Parallel Signature Sequencing (MPSS) on Microbead Arrays," *Nature Biotechnology* 18:630-634. |
| | 37. | Broude, N. et al. (2001). "High-Level Multiplex DNA Amplification," *Antisense & Nucleic Acid Drug Development* 11:327-332. |
| | 38. | Brown, E. L. et al. (1979). "Chemical Synthesis and Cloning of a Tyrosine tRNA Gene," *Methods in Enzymology* 68:109-151. |
| | 39. | Bruch, J. F. et al. (1991). "Trophoblast-Like Cells Sorted From Peripheral Maternal Blood Using Flow Cytometry: A Multiparametric Study Involving Transmission Electron Microscopy and Fetal DNA Amplification," *Prenatal Disgnosis* 11:787-798. |
| | 40. | Cairns, P. et al. (2001). "Molecular Detection of Prostate Cancer in Urine by GSTP1 Hypermethylation," *Clin. Can. Res.* 7:2727-2730. |
| | 41. | Center for Medical Genetics. (1998-2003). Human Insertion/Deletion Polymorphisms, Located at http://research.marshfieldclinicorg/genetics/. Last visited on April 14, 2003, 5 pages. |

| EXAMINER: | DATE CONSIDERED: |
|---|---|
| | |

EXAMINER: Initial if citation considered, whether or not the citation conforms with MPEP 609. Draw a line through the citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

PTO/SB/08 (2-92)
Sheet 3 of 11

| Form PTO-1449 | Docket Number 543312000420 | Application Number 10/661,165 |
|---|---|---|
| INFORMATION DISCLOSURE CITATION IN AN APPLICATION *(Use several sheets if necessary)* | Applicant  Ravinder S. DHALLAN | |
| | Filing Date September 11, 2003 | Group Art Unit 1645 |
| | Mailing Date February 20, 2004 | |

| | | |
|---|---|---|
| | 42. | Chen, J. et al. (2000). "A Microsphere-Based Assay for Multiplexed Single Nucleotide Polymorphism Analysis Using Single Base Chain Extension," *Genome Research* 10:549-557. |
| | 43. | Chicurel, M. (2001). "Faster, Better, Cheaper Genotyping," *Nature* 412:580-582. |
| | 44. | Collins, F. S. Ph.D. et al. (2001). "The Human Genome Project: Revealing the Shared Inheritance of All Humankind," 7th *Biennial Symposium on Minorities, the Medically Underserved and Cancer* 91(1):221-225. |
| | 45. | Cooper, D. N. and Krawczak, M. eds.(1993).  "Human Gene Mutation," *In* Duchenne Muscular Dystrophy, Alzheimer's Disease, Cystic Fibrosis, and Huntington's Disease.  BIOS Scientific Publishers Limited.  (Table of Contents only). |
| | 46. | Cutler, D. J. et al. (2001). "High-Throughput Variation Detection and Genotyping Using Microarrays," *Genome Research* 11:1913-1925. |
| | 47. | Dean, F. B. et al. (2001). "Rapid Amplification of Plasmid and Phage DNA Using Phi29 DNA Polymerase and Multiple-Printed Rolling Circle Amplification," *Genomic Research* 11:1095-99. |
| | 48. | DeFrancesco, L. (1998). "The Next New Wave in Genome Analysis: Invader™ Assays Developed by Third Wave Technologies, Inc.," *The Scientist* 12(21):16. |
| | 49. | Drábek, J. (2001). "A Commented Dictionary of Techniques for Genotyping," *Electrophoresis* 22:1024-1045. |
| | 50. | Durant, J. et al. (1999). "Drug-Resistance Genotyping in HIV-1 Therapy," *The Lancet* 354:1120-1122. |
| | 51. | Durant, J. et al. (1999). "Drug-Resistance Genotyping in HIV-1 Therapy: The Virad VIRADAPT Randomised Controlled Trial," *The Lancet* 353:2195-2199. |
| | 52. | Egholm, M. et al. (1992). "Peptide Nucleic Acids (PNA). Oligonucleotide Analogues with an Achiral Peptide Backbone," *J. Am. Chem. Soc.* 114(5):1895-1897. |
| | 53. | El-Naggar, A. K. et al. (2001). "Genetic Heterogeneity in Saliva from Patients with Oral Squamous Carcinomas: Implications in Molecular Diagnosis and Screening," *J. Mol. Diag.* 3(4):164-170. |
| | 54. | Erlich, H. A. ed. (1989). PCR Technology: Principals and Applications of DNA Amplification, Stockton Press. pp. ix-x.  (Table of Contents only). |
| | 55. | Field, F. et al. (1999). "Genetic Alterations in Bronchial Lavage as a Potential Marker for Individuals with a High Risk of Developing Lung Cancer," *Cancer Research* 59:2690-2695. |
| | 56. | Gänshert-Ahert, D. et al. (1992). "Magnetic Cell Sorting and Transferrin Receptor as Potential Means of Prenatal Diagnosis form Maternal Blood," *Am. J. Obstet. Gynecol.* 166:1350-1355. |
| | 57. | Gerhold, D. et al. (1999). "DNA Chips: Promising Toys Have Become Powerful Tools," *TIBS* 24:168-173. |
| | 58. | Green, A. et al. (1990). "Direct Single Stranded Sequencing from Agarose of Polymerase Chain Reaction Products," *Nucleic Acids Res.* 18(20):6163-6164. |
| | 59. | Grösch, S. et al. (2001). "A Rapid Screening Method for a Single Nucleotide Polymorphism (SNP) in |

| EXAMINER: | DATE CONSIDERED: |
|---|---|
| | |

EXAMINER: Initial if citation considered, whether or not the citation conforms with MPEP 609. Draw a line through the citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

PTO/SB/ 08 (2-92)         Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
pa- 831996

PTO/SB/08 (2-92)
Sheet 4 of 11

| Form PTO-1449 | Docket Number 543312000420 | Application Number 10/661,165 |
|---|---|---|
| INFORMATION DISCLOSURE CITATION IN AN APPLICATION *(Use several sheets if necessary)* | Applicant Ravinder S. DHALLAN | |
| | Filing Date September 11, 2003 | Group Art Unit 1645 |
| | Mailing Date February 20, 2004 | |

| | | |
|---|---|---|
| | | the Human MOR Gene," *Br. J. Clin Pharmacol* 52:711-714. |
| | 60. | Harrington, J.J. et al. (1994). "Functional Domains within FEN-1 RAD2 Define a Family of Structure-specific Endonucleases: Implications for Nucleotide Excision Repair," *Gene and Development* 8:1344-1355. |
| | 61. | Hedenfalk, I. et al. (2001). "Gene-Expression Profiles in Hereditary Breast Cancer," *New Engl. Jnl. Med.* 344(8):539-548. |
| | 62. | Herzenberg, L. A. et al. (1979). "Fetal Cells in the Blood of Pregnant Women: Detection and Enrichment by Fluoescence-Activated Cell Sorting," *Proc. Natl. Acad. Sci. USA* 76(13):1453-1455. |
| | 63. | Hogervorst, F.B.L. et al. (1995). "Rapid Detection of *BRCA1* Mutations by the Protein Truncation Test," *Nature Genetics* 10:208-212. |
| | 64. | Hsu, T. M. et al. (2001). "Genotyping Single-Nucleotide Polymorphisms by the Invader Assay with Dual-Color Fluorescence Polarization Detection," *Clinical Chemistry* 47(8):1373-1377. |
| | 65. | Huber, M. et al. (2001). "Detection of Single Base Alterations in Genomic DNA by Solid Phase Polymerase Chain Reaction on Oligonucleotide Microarrays," *Analytical Biochemistry* 299:24-30. |
| | 66. | Innis, M. A.eds. et al., (1990). PCR Protocols: A Guide to Methods and Applications. Academic Press, Inc. pp. v-x. (Table of Contents only). |
| | 67. | James, P. et al. (1994). "Protein Identification in DNA Databases by Peptide Mass Fingerprinting," *Protein Science* 3:1347-1350. |
| | 68. | Kandpal, R.P. et al. (1990). "Selective Enrichment of a Large Size Genomic DNA Fragment by Affinity Capture: An Approach for Genome Mapping," *Nucleic Acids Res.* 18(7):1789-1795. |
| | 69. | Kaneoka, H. et al. (1991). "Solid-Phase Direct DNA Sequencing of Allele-Specific Polymerase Chain Reaction-Amplified HLA-DR Genes," *Biotechniques* 10(1):30, 32 and 34 only. |
| | 70. | Kinzler, K. W. et al. (1991). "Indentification of FAP Locus Genes from Chromosome 5q21," *Science* 253:661-665. |
| | 71. | Kwok, P-Y. (2001). "Methods for Genotyping Single Nucleotide Polymorphisms," *Annual Review of Genomics and Human. Genetics* 2:235-258. |
| | 72. | Lander, E. S. et al. (2001). "Initial Sequencing and Analysis of the Human Genome," *Nature* 409:860-921. |
| | 73. | Li, J. et al. (1999). "Single Nucleotide Polymorphism Determination Using Primer Extension and Time-of-Flight Mass Spectrometry," *Electrophoresis* 20:1258-1265. |
| | 74. | Liloglou,T. et al. (2001). "Cancer-Specific Genomic Instability in Bronchial Lavage: A Molecular Tool for Lung Cancer Detection," *Cancer Research* 61:1624-1628. |
| | 75. | Lindblad-Toh, K. et al. (2000). "Loss of-Heterozygoisty Analysis of Small-Cell Lung Carcinomas Using Single-Nucleotide Polymorphism Arrays," *Nature Biotechnology* 18:1001-1005. |
| | 76. | Livak, K.J. et al. (1995). "Oligonucleotides With Fluorescent Dyes at Opposite Ends Provide a Quenched Probe System Useful for Detecting PCR Product and Nucleic Acid Hybridization," *PCR Methods and Applications* 4:357-362. |

| EXAMINER: | DATE CONSIDERED: |
|---|---|
| | |

EXAMINER: Initial if citation considered, whether or not the citation conforms with MPEP 609. Draw a line through the citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

PTO/SB/08 (2-92)
Sheet 5 of 11

| Form PTO-1449 | Docket Number 543312000420 | Application Number 10/661,165 |
|---|---|---|
| INFORMATION DISCLOSURE CITATION IN AN APPLICATION *(Use several sheets if necessary)* | Applicant Ravinder S. DHALLAN | |
| | Filing Date September 11, 2003 | Group Art Unit 1645 |
| | Mailing Date February 20, 2004 | |

| | | |
|---|---|---|
| | 77. | Lo, Y.M.D. et al. (1996). "Two-Way Cell Traffic Between Mother and Fetus: Biologic and Clinical Implications," *Blood* 88(11):4390-4395. |
| | 78. | Lo, Y.M.D. et al. (1997). "Presence of Fetal DNA in Maternal Plasma and Serum," *The Lancet* 350:485-487. |
| | 79. | Lo, Y.M.D. et al. (1998). "Quantitative Anaylysis of Fetal DNA in Maternal Plasma and Serum: Implications for Noninvasive Prenatal Diagnosis," *Am. J. Hum. Genet.* 62:768-775. |
| | 80. | Lo, Y-M. D. et al. (1989). "Prenatal Sex Determination by DNA Amplification From Maternal Peripheral Blood," *The Lancet* 2:1363-1365. |
| | 81. | Lockhart, D. J. and Winzeler, E. A. (2000). "Genomics, Gene Expression and DNA Arrays," *Nature* 405:827-836. |
| | 82. | Mao, L. et al. (1996). "Molecular Detection of Primary Bladder Cancer by Microsatellite Analysis," *Science* 271:659-662. |
| | 83. | Maxam, A. M. and Gilbert, W. (1977). "A New Method for Sequencing DNA," *Proc. Natl. Acad. Sci.* 74(2):560-564. |
| | 84. | McPherson, M. J. et al. eds., (1991). PCR: A Practical Approach, IRL Press at Oxford University Press. pp. ix-xvii. (Table of Contents). |
| | 85. | Mueller, U.W. et al. (1990). "Isolation of Fetal Trophoblast Cells From Peripheral Blood of Pregnant Women," *The Lancet* 336:197-200. |
| | 86. | Mûnoz, N. et al. (2003). "Epidemiologic Classification of Human Papillomavirus Types Associated with Cervical Cancer," *New England Jnl. Med.* 348:518-527. |
| | 87. | Narang, S. A. et al. (1979). "Improved Phosphotriester Method for the Synthesis of Gene Fragments," *Methods in Enzymology* 68:90-98. |
| | 88. | Newman, L. (2002). "Ductal Lavage for Breast Cancer Risk Assessment," *Cancer Control* 9(6):473-479. |
| | 89. | Nielsen, P. E. et al. (1991). "Sequence-Selective Recognition of DNA by Strand Displacement with a Thymine-Substituited Polyamide," *Science* 254:1497-1500. |
| | 90. | Orban, T. et al. (2000). "Sequence Alterations Can Mask Each Other's Presence during Screening with SSCP or Heterodulplex Analysis: *BRCA* Genes as Examples," *BioTechniques* 29(1):94-98. |
| | 91. | Orchid Biosciences Profiling Genetic Uniqueness.(2003). located at <www.orchidbio.com/products/lsg/products/snpstream.asp.> Last visited on January 19, 2004, 1 page. |
| | 92. | Pertl, B. MD, and Bianchi, D. W. MD, (2001). "Fetal DNA in Maternal Plasma: Emerging Clinical Applications," *Obstetrics and Gynecology* 98(3):483:490. |
| | 93. | Pierce Catalog and Handbook, Life Science & Analytical Research Products. located at <www.piercenet.com/products.> Last visited on January 22, 2004, 2 total pages. |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: Initial if citation considered, whether or not the citation conforms with MPEP 609. Draw a line through the citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

PTO/SB/ 08 (2-92)
pa- 831996

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

| Form PTO-1449 | | Docket Number 543312000420 | Application Number 10/661,165 |
|---|---|---|---|
| INFORMATION DISCLOSURE CITATION IN AN APPLICATION *(Use several sheets if necessary)* | | Applicant Ravinder S. DHALLAN | |
| | | Filing Date September 11, 2003 | Group Art Unit 1645 |
| | | Mailing Date February 20, 2004 | |

| | | |
|---|---|---|
| | 94. | Poch, M. T. et al. (1997). "*Sth*132I, A Novel Class-IIS Restriction Endonuclease of *Streptococcus Thermophilus* ST132," *Gene* 195:201-206. |
| | 95. | Premier Biosoft Interanational (2004). "Software to Accelerate Molecular Biology Research," located at <http://premierbiosoft.com/netprimer/netprtlaunch.html> Last visited on January 19, 2004, 1 page. |
| | 96. | Riordan, J. R. et al. (1989). "Identification of the Cystic Fibrosis Gene: Cloning and Characterization of Complementary DNA," *Science* 245(4922):1066-1073. |
| | 97. | Roest, P.A.M. et al. (1993). "Protein Truncation Test (PTT) for Rapid Detection of Translation-Terminating Mutations," *Human Molecular Genetics* 2(10):1719-1721. |
| | 98. | Rommens, J. M. et al. (1989). "Identification of the Cystic Fibrosis Gene: Chromosome Walking and Jumping," *Science* 245:1059-1065. |
| | 99. | Ryan, B. M. et al. (2003). "A Prospective Study of Circulationg Mutant *KRAS2* in the Serum of Patients with Colorectal Neoplasia: Strong Prognostic Indicator in Postoperative Follow Up," *Gut*. 52:101-108. |
| | 100. | Sambrook, J. eds. et al., (2001). <u>Molecular Cloning Laboratory Manual.</u> Volume 2 Third Edition, Cold Spring Harbor Laboratory Press. pp. v-xx. (Table of Contents only). |
| | 101. | Sanger, F. et al. (1977). "DNA Sequencing with Chain-Terminating Inhibitors," *PNAS USA* 74(12):5463-5467. |
| | 102. | Shah, J. S. et al. (1995). "Q-Beta Replicase-Amplified Assay for Detection of *Mycobacterium Tuberculosis* Directly from Clinical Specimens," *Journal of Clinical Microbiology*. 33(6):1435-1441. |
| | 103. | Shapero, M. H. et al. (2001). "SNP Genotyping by Multiplexed Solid-Phase Amplification and Fluorescent Minisequencing," *Genome Research* 11:1926-1934. |
| | 104. | Shi, M. M. (2001). "Enabling Large-Scale Pharmacogenetic Studies by High-Throughput Mutation Detection and Genotyping Technologies," *Clinical Chemistry* 47(2):164-172. |
| | 105. | Sibson, D. R. et al. (2001). "Molecular Indexing of Human Genomic DNA," *Nucleic Acids Research* 29(19):1-10. |
| | 106. | Small, K. M. et al. (2002). "Synergistic Polymorphisms of $\beta_1$- and $\alpha_{2c}$-Adrenergic Receptors and The Risk of Congestive Heart Failure," *New Eng. Jnl Med.* 347(15):1135-1142. |
| | 107. | SNP Report for TSC 0000002. (May 1999), located at < http://snp.cshl.org.> Last visited on December 1, 2003. 2 pages. |
| | 108. | SNP Report for TSC 0000021. (May 1999), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 109. | SNP Report for TSC 0015492. (October 2000), located at <http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 110. | SNP Report for TSC 0034767. (January 2000), located at <http://snp.cshl.org.> Last visited on December 1, 2003. 2 pages. |
| | 111. | SNP Report for TSC 0069085. (October 2000), located at< http://snp.cshl.org.> Last visited on |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: Initial if citation considered, whether or not the citation conforms with MPEP 609. Draw a line through the citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

PTO/SB/08 (2-92)
Sheet 7 of 11

| Form PTO-1449 | Docket Number 543312000420 | Application Number 10/661,165 |
|---|---|---|
| INFORMATION DISCLOSURE CITATION IN AN APPLICATION *(Use several sheets if necessary)* | Applicant Ravinder S. DHALLAN | |
| | Filing Date September 11, 2003 | Group Art Unit 1645 |
| | Mailing Date February 20, 2004 | |

| | | |
|---|---|---|
| | | December 30, 2003. 2 pages. |
| | 112. | SNP Report for TSC 0082910. (April 2000), located at <http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 113. | SNP Report for TSC 0087315. (April 2000), located at <http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 114. | SNP Report for TSC 0087962. (April 2000), located at <http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 115. | SNP Report for TSC 0095512. (April 2000), located at <http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 116. | SNP Report for TSC 0108992. (March 2000), located at <http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 117. | SNP Report for TSC 0115603. (March 2000), located at <http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 118. | SNP Report for TSC 0128307. (March 2000), located at <http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 119. | SNP Report for TSC 0129188. (March 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 120. | SNP Report for TSC 0137279. (March 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 121. | SNP Report for TSC 0194938. (June 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 122. | SNP Report for TSC 0195492. (June 2000), located at<http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 123. | SNP Report for TSC 0197279. (June 2000), located at <http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 124. | SNP Report for TSC 0197424. (June 2000), located at <http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 125. | SNP Report for TSC 0198557. (June 2000), located at <http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 126. | SNP Report for TSC 0200347. (June 2000), located at <http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 127. | SNP Report for TSC 0214366. (June 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 128. | SNP Report for TSC 0259757. (June 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 129. | SNP Report for TSC 0264580. (July 2000), located at < http://snp.cshl.org.> Last visited on |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: Initial if citation considered, whether or not the citation conforms with MPEP 609. Draw a line through the citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

PTO/SB/08 (2-92)
Sheet 8 of 11

| Form PTO-1449 | | | Docket Number 543312000420 | Application Number 10/661,165 |
|---|---|---|---|---|
| INFORMATION DISCLOSURE CITATION IN AN APPLICATION *(Use several sheets if necessary)* | | | Applicant Ravinder S. DHALLAN | |
| | | | Filing Date September 11, 2003 | Group Art Unit 1645 |
| | | | Mailing Date February 20, 2004 | |

| | | |
|---|---|---|
| | | December 30, 2003. 2 pages. |
| | 130. | SNP Report for TSC 0271628. (October 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 131. | SNP Report for TSC 0289078. (October 2000), located at <http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 132. | SNP Report for TSC 0309610. (July 2000), located at <http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 133. | SNP Report for TSC 0310507. (October 2000), located at <http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 134. | SNP Report for TSC 0337961. (July 2000), located at <http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 135. | SNP Report for TSC 0397235. (July 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 136. | SNP Report for TSC 0413944. (August 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 137. | SNP Report for TSC 0418134. (August 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 138. | SNP Report for TSC 0466177. (September 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 139. | SNP Report for TSC 0466917. (September 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 140. | SNP Report for TSC 0469204. (September 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 141. | SNP Report for TSC 0470003. (September 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 142. | SNP Report for TSC 0501389. (October 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 143. | SNP Report for TSC 0501510. (October 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 144. | SNP Report for TSC 0597888. (October 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 145. | SNP Report for TSC 0603688. (October 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 146. | SNP Report for TSC 0607185. (October 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 147. | SNP Report for TSC 0660274. (October 2000), located < http://snp.cshl.org.> Last visited on |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: Initial if citation considered, whether or not the citation conforms with MPEP 609. Draw a line through the citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

PTO/SB/08 (2-92)
Sheet 9 of 11

| Form PTO-1449<br><br>**INFORMATION DISCLOSURE CITATION<br>IN AN APPLICATION**<br><br>*(Use several sheets if necessary)* | Docket Number 543312000420 | Application Number 10/661,165 |
|---|---|---|
| | Applicant<br><br>Ravinder S. DHALLAN | |
| | Filing Date September 11, 2003 | Group Art Unit 1645 |
| | Mailing Date February 20, 2004 | |

| | | |
|---|---|---|
| | | December 30, 2003. 2 pages. |
| | 148. | SNP Report for TSC 0701940. (October 2000), located at <http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 149. | SNP Report for TSC 0786441. (October 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 150. | SNP Report for TSC 0813449. (October 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 151. | SNP Report for TSC 0813773. (October 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 152. | SNP Report for TSC 0818982. (October 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 153. | SNP Report for TSC 0820373. (October 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 154. | SNP Report for TSC 0837969. (October 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 155. | SNP Report for TSC 0838335. (October 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 156. | SNP Report for TSC 0870209. (October 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 157. | SNP Report for TSC 0902859. (October 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 158. | SNP Report for TSC 0903430. (October 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 159. | SNP Report for TSC 1002017. (October 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 160. | SNP Report for TSC 1084457. (December 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 161. | SNP Report for TSC 1103570. (December 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 162. | SNP Report for TSC 1104200. (December 2000), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 163. | SNP Report for TSC 1130902. (May 2001), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 164. | SNP Report for TSC 1168303. (May 2001), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 165. | SNP Report for TSC 1172576. (May 2001), located at < http://snp.cshl.org.> Last visited on |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: Initial if citation considered, whether or not the citation conforms with MPEP 609. Draw a line through the citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

| Form PTO-1449 | | Docket Number 543312000420 | Application Number 10/661,165 |
|---|---|---|---|
| INFORMATION DISCLOSURE CITATION IN AN APPLICATION *(Use several sheets if necessary)* | | Applicant Ravinder S. DHALLAN | |
| | | Filing Date September 11, 2003 | Group Art Unit 1645 |
| | | Mailing Date February 20, 2004 | |

| | | |
|---|---|---|
| | | December 30, 2003. 2 pages. |
| | 166. | SNP Report for TSC 1225391. (May 2001), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 167. | SNP Report for TSC 1228234. (May 2001), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 168. | SNP Report for TSC 1261039. (May 2001), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 169. | SNP Report for TSC 1270598. (May 2001), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 170. | SNP Report for TSC 1349804. (August 2001), located at < http://snp.cshl.org.> Last visited on December 30, 2003. 2 pages. |
| | 171. | Spafford, M. F. et al. (2001). "Detection of Head and Neck Squamos Cell Carcinoma Among Exfoliated Oral Mucosal Cells by Microsatellite Analysis," *Clinical Cancer Research* 7:607-612. |
| | 172. | Stults, J. R. et al. (2001). "Application of the 5' Fluorogenic Exonuclease Assay (TaqMan) for Quantitative Ribosomel DNA and rNA Anaylsis in Sediments," *Applies and Enivormental Microbiology* 67(6): 2781-2789. |
| | 173. | Subramanian, G. et al. (2001) "Implications of the Human Genome for Understanding Human Biology and Medicine," *JAMA* 286(18):2296-2307. |
| | 174. | Syvänen, A-C. (1999). "From Gels to Chips: "Minisequencing" Primer Extension for Analysis of Point Mutations and Single Nucleotide Polymorphisms," *Human Mutation* 13:1-10. |
| | 175. | Szybalski, W. et al. (1991). "Class-IIS Restriction Enzymes – A Review," *Gene* 100:13-16. |
| | 176. | Taton, T.A. et al. (2000). "Scanometric DNA Array Detection with Nanoparticle Probes," *Science* 289:1757-1760. |
| | 177. | Telenius, H.et al. (1992). "Degenerate Oligonucleotide-Primed PCR: General Amplification of Target DNA by a Single Degenerate Primer," *Genomics* 13:718-725. |
| | 178. | Tockman, M. MD, PhD. (2000). "Advances in Sputum Analysis for Screening and Early Detection of Lung Cancer," *Cancer Control* 7(1):19-24. |
| | 179. | Traverso, G. et al. (2002). "Detection of *APC* Mutations in Fecal DNA from Patients With Colorectal Tumors," *New England Journal of Medicine* 346(5):311-320. |
| | 180. | Tsao, J. and Shibata, D. (1994). "Further Evidence That One of the Earliest Alterations in Colorectal Carcinogenesis Involves APC," *Am. J. Pathol.* 145(3):531-534. |
| | 181. | Tsongalis, G. J. et al. (2001). "READIT: A Novel Technology Used in the Interrogation of Nucleic Acid Sequences for Single-Nucleotide Polymorphisms," *Experimental and Molecular Pathology* 71:222-225. |
| | 182. | Utting, M. et al. (2002). "Microsatellite Analysis of Free Tumor DNA in Urine, Serum, and Plasma of Patients: A Minimally Invasive Method for the Detection of Bladder Cancer," *Clinical Cancer Res.* 8:35-40. |

| EXAMINER: | DATE CONSIDERED: |
|---|---|
| | |

EXAMINER: Initial if citation considered, whether or not the citation conforms with MPEP 609. Draw a line through the citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

| Form PTO-1449 | Docket Number 543312000420 | Application Number 10/661,165 |
|---|---|---|
| INFORMATION DISCLOSURE CITATION IN AN APPLICATION | Applicant Ravinder S. DHALLAN | |
| *(Use several sheets if necessary)* | Filing Date September 11, 2003 | Group Art Unit 1645 |
| | Mailing Date February 20, 2004 | |

| | | |
|---|---|---|
| | 183. | van der Luijt, R. et al. (1994). "Rapid Detection of Translation-Terminating Mutations at the Adenomatous Polyposis Coli (APC) Gene by Direct Protein Truncation Test," *Genomics* 20:1-4. |
| | 184. | van Rhijin, Bas, W. G. et al. (2003). "Combined Microsatellite and *FGFR3* Mutation analysis Enables a Highly Sensitive Detection of Urothelial Cell Carcinoma in Voided Urine," *Clinical Cancer Res.* 9:257-263. |
| | 185. | Venter, J.C. et al. (2001). "The Sequence of the Human Genome," *Science* 291:1304-1351. (Erratum attached, 1 page June 2001) |
| | 186. | Walknowska, J. et al. (1969). "Practical and Theoretical Implications of Fetal/Maternal Lymphocyte Transfer," *The Lancet* 1:1119-1122. |
| | 187. | Wallace, R.W. (1997). "DNA on a Chip: Serving Up the Genome for Diagnostics and Research," *Molecular Medicine Today* 3:384-389. |
| | 188. | Wang, D. G. et al. (1998). "Large-Scale Identification, Mapping, and Genotyping of Single-Nucleotide Polymorphisms in the Human Genome," *Science* 280:1077-1082. |
| | 189. | Waterston, R.H. and McPherson, J.D. (2001). "A Map of Human Genome Sequence Variation Containing 1.42 Million Single Nucleotide Polymorphisms," *Nature* 409:928-933. |
| | 190. | Welsh K. and Bunce, M. (1999). "Molecular Typing for the MHC with PCR-SSP," *Reviews in Immunogenetics* 1:157-176. |
| | 191. | Westin, L. et al. (2000). "Anchored Multiplex Amplification on a Microelectronic Chip Array," *Nature Biotechnology* 18:199-204. |
| | 192. | Wilson, K. S. et al. (2002). "Differential Gene Expression Patterns in HER2/*neu*-Positive and -Negative Breast Cancer Cell Lines and Tissues," *Am. J. Pathol.* 161 (4):1171-1185. |
| | 193. | Xie, D. et al. (2000). "Population-Based, Case-Control Study of HER2 Genetic Polymorphism and Breast Cancer Risk," *J. Natl. Cancer Institute* 92(5):412-417. |
| | 194. | Zhang, L. et al. (1992). "Whole Genome Amplicification From a Single Cell: Implications for Genetic Analysis," *Proc. Nat. Acad. Sci.* 89:5847-5851. |
| | 195. | Zhou, G-H. et al. (2001). "Quantitative Detection of Single Nucleotide Polymorphisms for a Pooled Sample by a Bioluminometric Assay Coupled with Modified Primer Extension Reactions (BAMPER)," *Nucleic Acids Research* 29(19):1-11. |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: Initial if citation considered, whether or not the citation conforms with MPEP 609. Draw a line through the citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.