# EXHIBIT V

PTO/SB/21 (08-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| Field | Value |
|---|---|
| Application Number | 10/661,165 |
| Filing Date | September 11, 2003 |
| First Named Inventor | Ravinder S. DHALLAN |
| Art Unit | Not Yet Assigned |
| Examiner Name | Not Yet Assigned |
| Total Number of Pages in This Submission | 6 pages + 8 references |
| Attorney Docket Number | 543312000420 |

## ENCLOSURES (Check all that apply)

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment/Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [x] Information Disclosure Statement (3 pages)
- [ ] Certified Copy of Priority Document(s)
- [ ] Response to Missing Parts/Incomplete Application
- [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53
- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s)
- [ ] After Allowance Communication to Group
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to Group (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [x] Other Enclosure(s) (please identify below):
  - Form PTO-1449 + duplicate copy (2 pages)
  - Eight (8) references
  - Return receipt postcard

Remarks

**SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT**

| | | |
|---|---|---|
| Firm or Individual name | MORRISON & FOERSTER LLP<br>Eric H. Witt - 44,408 | 25226 |
| Signature | [signed] | |
| Date | November 18, 2003 | |

---

I hereby certify that this correspondence is being deposited with the U.S. Postal Service with sufficient postage as First Class Mail, in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on the date shown below.

Dated: 11/18/03     Signature: [signed]     (Julie M. Hassell)

pa-840313

[Stamp: OIPE NOV 2 1 2003 PATENT & TRADEMARK OFFICE JC173]



PATENT
Docket No. 543312000420

| CERTIFICATE OF MAILING BY "FIRST CLASS MAIL" |
|---|
| I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on November 18, 2003.<br><br>Julie M. Hassell |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the application of:

   Ravinder S. DHALLAN

Serial No.:   10/661,165

Filing Date:   September 11, 2003

For:   METHODS FOR DETECTION OF GENETIC DISORDERS

Examiner: Not Yet Assigned

Group Art Unit: Not Yet Assigned

## INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. § 1.97 & 1.98

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Dear Sir:

     Pursuant to 37 C.F.R. § 1.97 and § 1.98, Applicant submits for consideration in the above-identified application the documents listed on the attached Form PTO-1449. Copies of the documents are also submitted herewith. The Examiner is requested to make these documents of record.

pa-832102

The documents listed on the attached Form PTO-1449 were cited in an International Search Report mailed on September 2, 2003 (copy attached) directed to a counterpart international or foreign application, and were not previously submitted.

This Information Disclosure Statement is submitted:

☐ With the application; accordingly, no fee or separate requirements are required.

☐ Before the mailing of a first Office Action after the filing of a Request for Continued Examination under § 1.114.

☒ Within three months of the application filing date or before mailing of a first Office Action on the merits; accordingly, no fee or separate requirements are required.

☐ After receipt of a first Office Action on the merits but before mailing of a final Office Action or Notice of Allowance.

    ☐ A fee is required. A check in the amount of __ is enclosed.

    ☐ A fee is required. Accordingly, a Fee Transmittal form (PTO/SB/17) is attached to this submission in duplicate.

    ☐ A Certification under 37 C.F.R. § 1.97(e) is provided below; accordingly; no fee is believed to be due.

☐ After mailing of a final Office Action or Notice of Allowance, but before payment of the issue fee.

    ☐ A Certification under 37 C.F.R. § 1.97(e) is provided below and a check in the amount of __ is enclosed.

    ☐ A Certification under 37 C.F.R. § 1.97(e) is provided below and a Fee Transmittal form (PTO/SB/17 is attached to this submission in duplicate.)

Applicant would appreciate the Examiner initialing and returning the Form PTO-1449, indicating that the information has been considered and made of record herein.

The information contained in this Information Disclosure Statement under 37 C.F.R. § 1.97 and § 1.98 is not to be construed as a representation that: (i) a complete search

has been made; (ii) additional information material to the examination of this application does not exist; (iii) the information, protocols, results and the like reported by third parties are accurate or enabling; or (iv) the above information constitutes prior art to the subject invention.

In the unlikely event that the transmittal form is separated from this document and the Patent Office determines that an extension and/or other relief is required, Applicant petitions for any required relief including extensions of time and authorizes the Commissioner to charge the cost of such petitions and/or other fees due in connection with the filing of this document to **Deposit Account No. 03-1952** referencing 543312000420. However, the Commissioner is not authorized to charge the cost of the issue fee to the Deposit Account.

Dated:   November 18, 2003

Respectfully submitted,

By: _____
Eric Witt
Registration No. 44,408

Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: (650) 813-5755
Facsimile:  (650) 494-0792

pa-832102

Serial No. 10/661,165
Docket No. 543312000420

PTO/SB/08 (2-92)
Sheet 1 of 1

| Form PTO-1449 | Docket Number 543312000420 | Application Number 10/661,165 |
|---|---|---|
| INFORMATION DISCLOSURE CITATION IN AN APPLICATION | Applicant | Ravinder S. DHALLAN |
| (Use several sheets if necessary) | Filing Date September 11, 2003 | Group Art Unit Not Yet Assigned |
| | Mailing Date November 18, 2003 | |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Ref. No. | Date | Document No. | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| | 1. | 03/20/2003 | 2003/0054386 | Antonarakis et al. | | | |
| | 2. | 05/01/2003 | 2003/0082576 | Jones et al. | | | |
| | 3. | 11/03/1998 | 5,831,065 | Brenner | | | |
| | 4. | 11/05/2002 | 6,475,736 | Stanton, Jr. | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Ref. No. | Date | Document No. | Country | Class | Subclass | Translation YES   NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## OTHER DOCUMENTS  *(including author, title, Date, Pertinent Pages, Etc.)*

| Examiner Initials | Ref. No. | Title |
|---|---|---|
| | 5. | International Search Report mailed on September 02, 2003, for PCT patent application no. PCT/US03/06198 filed on February 28, 2003, 9 pages. |
| | 6. | Kwok, P-Y. (2001). "Methods for Genotyping Single Nucleotide Polymorphisms," *Annual Reviews In Genomics and Human Genetics.* 2:235-258. |
| | 7. | Shi, M.M. (2001). "Enabling Large-Scale Pharmacogenetic Studies by High-Throughput Mutation Detection and Genotyping Technologies," *Clinical Chemistry* 47(2):164-172. |
| | 8. | Ugozzoli, L. et al. (1992). "Detection of Specific Alleles by Using Allele-Specific Primer Extension Followed by Capture on Solid Support," *GATA* 9(4):107-112. |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

EXAMINER: Initial if citation considered, whether or not the citation conforms with MPEP 609. Draw a line through the citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

PTO/SB/ 08 (2-92)
pa- 831994                                       Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE