# Exhibit AE

# ISO of

# NATERA'S FIRST AMENDED ANSWER, DEFENSES AND COUNTERCLAIMS TO RAVGEN'S COMPLAINT FOR PATENT INFRINGEMENT

**[PUBLIC COVER – FILED UNDER SEAL]**