IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **RAVGEN, INC.,** | § | |
| *Plaintiff* | § § § | |
| -v- | § § | Civil Action No. 1:20-cv-00692-ADA |
| **NATERA, INC. AND NSTX, INC.,** | § § § | |
| *Defendant* | § § § | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints Darryl J. Adams to serve as the Technical Advisor for the Court in this case. Mr. Adams' contact information is as follows:

> Darryl J. Adams
> 401 Congress Ave., Ste. 1650
> Austin, Texas 78701
> dadams@sgbfirm.com

Mr. Adams will assist the Court with technical issues related to motions for summary judgment, Daubert motions, claim construction, at trial, and with post-trial motions. Because a technical advisor serves essentially as a law clerk to the Court and will be familiar with technical issues in this case, Mr. Adams may also assist the Court in drafting orders.

The parties are instructed to mail a paper copy of dispositive motion and Daubert motion briefs, and a USB drive with any exhibits, to the above address no later than two days after the briefing on those motions is complete. For each motion, the moving party is instructed to send a paper copy of both parties' briefs and an electronic copy of both parties' exhibits for that motion.

**SIGNED** this 29th day of September, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

**SIGNED** this 29th day of September, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE