# EXHIBIT 7



NEW YORK
SAN FRANCISCO
WASHINGTON, DC

Chris Moyer
New York
Direct: 212-490-5481
cmoyer@desmaraisllp.com

July 7, 2021

**BY E-MAIL**

Stephen M. Hash
Baker Botts
98 San Jacinto Blvd., Suite 1500
Austin, TX 78701
stephan.hash@bakerbotts.com

    Re: *Ravgen, Inc. v. Natera, Inc., et al.,*
       Civil Case No. 1:20-cv-00692-ADA (W.D. Tex.)

Dear Stephen:

  At the link below, please find documents produced by Plaintiff Ravgen, Inc. in the above-referenced action bearing production numbers RAVGEN-00046885 to RAVGEN-00050203 in production volume RAVGEN-007.

RAVGEN-007: https://dllp.sharefile.com/d-s9da1767a9bf648c8a8a63a4c269ac123

  We will transmit the password(s) for the encrypted media in a subsequent email.

  Please note that documents produced in this action are designated at various levels of confidentiality pursuant to the Protective Order (D.I. 45) and should be treated accordingly.

          Kind Regards,

          */s/ Chris Moyer*

          Chris Moyer
          Senior Legal Assistant

cc: Counsel of Record