# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| RAVGEN, INC.,<br><br>              Plaintiff,<br><br>   v.<br><br>NATERA, INC. AND NSTX, INC.,<br><br>              Defendants. | Civil Action No. 1:20-cv-00692-LY<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND THEIR ANSWER AND DEFENSES

The Court, having considered Defendants' Natera, Inc. and NSTX, Inc. (together, "Natera") request for leave to amend their answer and defenses, finds that good cause exists for the requested relief and that the Motion should be GRANTED.

It is therefore ORDERED that Natera shall file its amended answer and defenses within seven (7) days of the date of this Order.

SO ORDERED, this _____ day of _____, 2023.

_____
Honorable Lee Yeakel
United States District Judge