IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RAVGEN, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>NATERA, INC. and NSTX, INC.,<br><br>    Defendants. | Civil Action No. 1:20-cv-00692-DAE<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF KYLE G. PETRIE IN SUPPORT OF PLAINTIFF
RAVGEN, INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR
<u>LEAVE TO AMEND THEIR ANSWERS AND DEFENSES</u>**

I, Kyle G. Petrie, declare and affirm as follows:

  1.  I am an attorney at the law firm Desmarais LLP, counsel for Plaintiff Ravgen, Inc. ("Ravgen") in this case. I am familiar with the facts set forth herein, and if called as a witness, I could and would testify competently to those facts.

  2.  I submit this declaration in support of Ravgen's Opposition to Defendants' Motion for Leave to Amend Their Answer and Defenses filed concurrently herewith. Ravgen's Opposition cites to the below exhibits, which I have attached to this declaration.

  3.  Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the Rebuttal Expert Report of Dr. Mohan Rao, served on Sept. 3, 2021.

  4.  Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the Rebuttal Expert Report of Dr. Mark I. Evans, served on Sept. 3, 2021.

  5.  Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the Transcript of Scheduling Conference before the Honorable Lee Yeakel on Feb. 28, 2023.

|  |  |  |
|---|---|---|
| Dated: April 21, 2023 | By: | */s/ Kyle G. Petrie (pro hac vice)* |
|  |  | Kyle G. Petrie (*pro hac vice*) |
|  |  | **DESMARAIS LLP** |
|  |  | 230 Park Avenue |
|  |  | New York, NY 10169 |
|  |  | Telephone: 212-351-3400 |
|  |  | Facsimile: 212-351-3401 |
|  |  | kpetrie@desmaraisllp.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this declaration and all exhibits is being concurrently served on all counsel of record via the Court's CM/ECF system.

>/s/ *Kyle G. Petrie (pro hac vice)*
>Kyle G. Petrie (*pro hac vice*)
>**DESMARAIS LLP**
>230 Park Avenue
>New York, NY 10169
>Telephone: 212-351-3400
>Facsimile: 212-351-3401
>kpetrie@desmaraisllp.com