# Redacted Version of Document Filed Under Seal

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RAVGEN, INC.<br><br>               Plaintiff,<br><br>   v.<br><br>NATERA, INC. and NSTX, INC.,<br><br>               Defendants. | Civil Action No.: 1:20-cv-00692-ADA<br><br>**JURY TRIAL DEMANDED** |

**RESPONSIVE EXPERT REPORT OF MARK I. EVANS, M.D.**

██████████████████████████████████

Dr. Van Ness's conclusion that those patents are less valuable than Ravgen's asserted patents for a number of reasons.

33.　　First, as noted above, ████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████

████████████ In contrast, Ravgen has not commercialized NIPT, even after 15 years after filing its asserted patents, and only recently has licensed those patents to anyone.[35] The licensing data would indicate that Sequenom's patents have had more value in commercializing NIPT as compared to Ravgen's asserted patents. Sequenom has also licensed technology from Dr. Lo, and so that commercialization indicates the value of the '540 Patent as compared to Ravgen's asserted patents as well. In the deposition of John Varney, he stated that ████████████ ████████████████████████████████████████████████████[36] This averages out to ████████████ per year. By comparison to most commercial genetics labs, this is very small. It also raises the question as to why Ravgen has not been able to develop an NIPT business more widely. If its patents were more valuable that Sequenom's, one would have expected Ravgen to be able to develop a large NIPT business based on that technology.

34.　　Dr. Van Ness characterizes many of these patents as having limited scope. However, in fact, many of them were directed and enabled many improvements in NIPT that are at least as important, if not more important, than the subject matter of the asserted Ravgen

---

[34]　NATERA-027101 – 027211.
[35]　E.g., RAVGEN-00050167-180 ████████ RAVGEN-00050181-199 ████████ RAVGEN-00050494-505 (PGDx); RAVGEN-00035132-35143 ████████
[36]　Varney Depo. at 68:13-23.

17

case or in my experience that clinicians' adoption and use of Natera's and/or other companies' NIPT products is due to any technology in the asserted patents.

## VII. RESERVATION OF RIGHTS

64. My opinions are based upon the information that I have considered to date. I reserve the right, however, to supplement my opinions in the future to respond to any arguments raised by Ravgen or its experts and to take into account new information that becomes available to me.

Dated: September 3, 2021      By: _____
                                   Mark I. Evans, M.D.

36

**Exhibit 2 to Opening Expert Report of Mark I. Evans, M.D.: Materials Considered**

All documents and other evidence cited to in my Report, including and additionally:

1. U.S. Patent No. 7,332,277

2. U.S. Patent No. 7,727,720

3. File history of U.S. Patent No. 7,332,277

4. File history of U.S. Patent No. 7,727,720

5. Deposition transcript of Ravinder Dhallan (July 20-22, 2021)

6. RAVGEN-NATERA-00008827

7. ACOG Committee on Genetics. Committee Opinion No. 545: Noninvasive prenatal testing for fetal aneuploidy. Obstet Gynecol. Dec 2012;120(6):1532-4.

8. ACOG Committee on Practice Bulletins. Obstet Gynecol. Jan 2007; 109(1):217-27.

9. ACOG Committee on Practice Bulletins. Obstet Gynecol. Oct 2020; 136(4):e48-e69.

10. Anker P, Stroun M. Circulating DNA in plasma or serum. Medicina (B Aires). 2000;60(5 Pt 2):699-702.

11. Kunhardt, Dorothy Meserve. Strange History Brought to Light. LIFE. Feb 15, 1963. pp. 83–85, 87–88 (available from https://books.google.com/books?id=n0EEAAAAMBAJ&printsec=frontcover#v=onepage&q&f=false).

12. Ashoor G, Poon L, Syngelaki A, Mosimann B, Nicolaides KH. Fetal fraction in maternal plasma cell-free DNA at 11-13 weeks' gestation: effect of maternal and fetal factors. Fetal Diagn Ther. 2012;31(4):237-43.

13. Benachi A, Yamgnane A, Olivi M, Dumez Y, Gautier E, Costa J-M, Impact of Formaldehyde on the in Vitro Proportion of Fetal DNA in Maternal Plasma and Serum, Clinical Chemistry 2005; 51: 1, 242-44.

14. Bianchi DW et al. Fetal gender and aneuploidy detection using fetal cells in maternal blood: analysis of NIFTY I data. Prenat Diagn. Jul 2002; 22(7):609-15.

15. Bianchi DW. Fetal DNA in maternal plasma: the plot thickens and the placental barrier thins. Am J Hum Genet. Apr 1998; 62(4):763-4.

16. Chung GTY, Chiu RWK, Chan KCA, Lau TK, Leung TN, Lo YMD. Lack of Dramatic Enrichment of Fetal DNA in Maternal Plasma by Formaldehyde Treatment. Clinical Chemistry 2005; 51:3, 655-658.

56. Cuckle HS, Arbuzova S. Epidemiology of aneuploidy. In Evans MI, Johnson MP, Yaron Y, Drugan A. <u>Prenat Diagn</u>. McGraw Hill Publishing Co, NY 2006, p 19-32.

57. Wapner RJ, Evans MI, Davis G, Weinblatt W, Moyer S, Krivchenia EL, Jackson LG. Procedural risks versus theology: chorionic villus sampling (CVS) for Orthodox Jews at less than 8 weeks gestation. <u>Am J Obstet Gynecol</u> 2002;186:1133-1136.

58. https://my.natera.com/services/genetic_information/;

59. https://www.integratedgenetics.com/patients/pregnancy/maternit21plus

60. Brock D J H & Sutcliffe R G. Alpha-fetoprotein in the antenatal diagnosis of anencephaly and spina bifida. <u>Lancet</u> 2:197-9, 1972; 2:197-9.

61. Lo YM. Non-invasive prenatal diagnosis by massively parallel sequencing of maternal plasma DNA. <u>Open Biol.</u> 2012;2(6):120086. doi:10.1098/rsob.120086.

62. NATERA-027101 – 027211.

63. RAVGEN-00050167-180

64. RAVGEN-00050181-199

65. RAVGEN-00050494-505

66. RAVGEN-00035132-35143

67. RAVGEN-00050147-166.

68. Ashoor G, Syngelaki A, Poon LC, Rezende JC, Nicolaides KH. Fetal fraction in maternal plasma cell-free DNA at 11-13 weeks' gestation: relation to maternal and fetal characteristics. <u>Ultrasound Obstet Gynecol.</u> 2013 Jan;41(1):26-32.

69. Dr. Dhallan's JAMA article (referenced in para #41 + 42 + 43).

70. Brainard J: Rethinking retractions. <u>Science</u> 2018;262:390-393.

71. Marcus A: A scientist's fraudulent studies put patients at risk. <u>Science</u> 2018;262:394.

72. RAVGEN-NATERA-00008827-8834.

73. RAVGEN-NATERA-00009081 (unpublished manuscript by Dr. Mattagajasingh);

74. RAVGEN-00019681-19788

75. RAVGEN-00018785-18878 (Dr. Mattagajasingh's lab notebooks).

76. NATERA-009667

77. Fiorentino F, Bono S, Pizzuti F, Mariano M, Polverari A, Duca S, Sessa M, Baldi M, Diano L, Spinella F. The importance of determining the limit of detection of non-invasive prenatal testing methods. Prenat Diagn. 2016 Apr;36(4):304-11.