UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RAVGEN, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>NATERA, INC. AND NSTX, INC.,<br><br>                Defendants. | **Civil Action No. 1:20-cv-00692-DAE**<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF AMANDA L. MAJOR IN SUPPORT OF NATERA. INC. AND NSTX. INC.'S REPLY IN SUPPORT OF THEIR MOTION FOR LEAVE TO AMEND THEIR ANSWER AND DEFENSES**

1

I, Amanda L. Major, declare as follows:

1. I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Natera, Inc. and NSTX, Inc. (collectively "Natera") in the above captioned matter. I am licensed to practice in New York and Washington, D.C. and am admitted *pro hac vice* in this action.

2. Attached hereto as Exhibit 1 is a true and accurate copy of excerpts of the document produced in this case at NATERA-026684, titled "NIPT & Transplant Manual Library Preparation and Purification."

3. Attached hereto as Exhibit 2 is a true and accurate copy of excerpts of the document produced in this case at NATERA-026612, titled "Signatera Size Selection and Quantification SOP."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 5, 2023

*/s/ Amanda L. Major*
Amanda L. Major