# EXHIBIT 2

**FILED UNDER SEAL**