UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RAVGEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATERA, INC. AND NSTX, INC., <br><br> Defendants. | Civil Action No. 1:20-cv-00692-ADA <br><br> JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF PROPOSED AMENDED SCHEDULING ORDER**

Plaintiff, Ravgen, Inc. ("Ravgen") and Defendants Natera, Inc. and NSTX, Inc. (collectively "Natera") respectfully submit this Motion for Entry of Proposed Amended Scheduling Order as follows:

| Parties' Proposed Date | Event |
|---|---|
| June 19, 2023 | Deadline for production of new documents |
| July 27, 2023 | Close of supplemental fact discovery |
| Aug. 10, 2023 | Deadline for supplementation of opening expert reports |
| Sept. 14, 2023 | Deadline for supplementation of rebuttal expert reports |
| Oct. 6, 2023 | Close of supplemental expert discovery |
| Oct. 18, 2023 | Deadline for opening dispositive and *Daubert* motions |
| Nov. 1, 2023 | Deadline for responses to dispositive and *Daubert* motions |
| Nov. 8, 2023 | Deadline for replies in support of dispositive and *Daubert* motions |
| Nov. 8, 2023 | Serve Pretrial Disclosures (jury instructions, exhibit list, witness lists, discovery and deposition designations). |
| Nov. 9, 2023 | Parties to advise the Court if conflicts with the trial date still exist and the specific nature of the conflicts |
| Nov. 15, 2023 | Serve objections to pretrial disclosures/rebuttal disclosures. |

| Parties' Proposed Date | Event |
|---|---|
| Nov. 21, 2023 | Serve objections to rebuttal disclosures;<br>File Motions *in limine* |
| Nov. 30, 2023 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations);<br><br>File oppositions to motions *in limine*. |
| Dec. 1, 2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com.<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| Dec. 4, 2023 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| Dec. 11, 2023 | Final Pretrial Conference |
| Jan. 8, 2024 | Jury Selection/Trial |

Dated: June 6, 2023

/s/ Amanda L. Major
Stephen M. Hash (Texas Bar No. 24012800)
Samoneh Schickel (Texas Bar No. 24097911)
Alexander T. Piala (Texas Bar No. 24110223)
MCDERMOTT, WILL & EMERY LLP
303 Colorado Street, Suite 2200
Austin, Texas 78701-4078
Telephone: (512) 726-2600
Fax: (512) 532-0002
shash@mwe.com
sschickel@mwe.com
apiala@mwe.com

Elizabeth Durham Flannery
Texas Bar No. 24045815
Michael A. Hawes (pro hac vice)
Texas Bar No. 24010761
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile: (713) 229-1522
Liz.flannery@bakerbotts.com
michael.hawes@bakerbotts.com

Michael J. Summersgill (pro hac vice)
michael.summersgill@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Amanda L. Major (pro hac vice)
amanda.major@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363

ATTORNEYS FOR NATERA, INC.
AND NSTX, INC.

Respectfully submitted,

/s/ Kerri-Ann Limbeek
Deron R. Dacus
State Bar No. 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

John M. Desmarais (*pro hac vice*)
Kerri-Ann Limbeek (*pro hac vice*)
Brian D. Matty (*pro hac vice*)
Benjamin N. Luehrs (State Bar No. 440317)
Kyle G. Petrie (*pro hac vice*)
Joze Welsh (*pro hac vice*)
Jun H. Tong (*pro hac vice*)
Deborah J. Mariottini (*pro hac vice*)
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401
jdesmarais@desmaraisllp.com
klimbeek@desmaraisllp.com
bmatty@desmaraisllp.com
bluehrs@desmaraisllp.com
kpetrie@desmaraisllp.com
jwelsh@desmaraisllp.com
jtong@desmaraisllp.com
dmariottini@desmaraisllp.com

***Attorneys for Plaintiff Ravgen, Inc.***

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service were served with a copy of the foregoing via the Court's ECF/CM system on June 6, 2023.

                                            */s/ Kerri-Ann Limbeek*
                                            Kerri-Ann Limbeek