UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RAVGEN, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>NATERA, INC. AND NSTX, INC.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:20-cv-00692-ADA<br><br>JURY TRIAL DEMANDED |

## AMENDED SCHEDULING ORDER

　　　IT IS HEREBY ORDERED that the above entitled and numbered case will be governed by the following amended schedule:

| Date | Event |
|---|---|
| June 19, 2023 | Deadline for production of new documents |
| July 27, 2023 | Close of supplemental fact discovery |
| Aug. 10, 2023 | Deadline for supplementation of opening expert reports |
| Sept. 14, 2023 | Deadline for supplementation of rebuttal expert reports |
| Oct. 6, 2023 | Close of supplemental expert discovery |
| Oct. 18, 2023 | Deadline for opening dispositive and *Daubert* motions |
| Nov. 1, 2023 | Deadline for responses to dispositive and *Daubert* motions |
| Nov. 8, 2023 | Deadline for replies in support of dispositive and *Daubert* motions |
| Nov. 8, 2023 | Serve Pretrial Disclosures (jury instructions, exhibit list, witness lists, discovery and deposition designations). |
| Nov. 9, 2023 | Parties to advise the Court if conflicts with the trial date still exist and the specific nature of the conflicts |
| Nov. 15, 2023 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| Nov. 21, 2023 | Serve objections to rebuttal disclosures;<br>File Motions *in limine* |

| Date | Event |
|---|---|
| Nov. 30, 2023 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); File oppositions to motions *in limine*. |
| Dec. 1, 2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| Dec. 4, 2023 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| Dec. 11, 2023 | Final Pretrial Conference |
| Jan. 8, 2024 | Jury Selection/Trial |

ORDERED this 6th day of June, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE