IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RAVGEN, INC.,<br><br>                   Plaintiff,<br><br>       v.<br><br>NATERA, INC. AND NSTX, INC.,<br><br>                   Defendants. | Civil Action No. 1:20-cv-00692-ADA<br><br>JURY TRIAL DEMANDED |

**JOINT NOTICE REGARDING AMENDMENT TO SCHEDULING ORDER FOR THE
PARTIES TO SERVE SUPPLEMENTAL EXPERT REPORTS**

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022, Plaintiff Ravgen, Inc. and Defendants Natera, Inc. and NSTX, Inc. ("Natera") hereby provide joint notice that the parties agree to amend the scheduling order to allow leave to serve (1) the Third Supplement to the Opening Expert Report of Brian G. Van Ness, Ph.D. Concerning Natera, Inc. and NSTX, Inc.'s Infringement of U.S. Patent No. 7,332,277 dated October 8, 2023; and (2) the Supplemental Responsive Expert Report of John Quackenbush, Ph.D. Regarding Noninfringement of U.S. Patent No. 7,332,277 dated October 10, 2023. The parties agree that there will be no additional deposition time for either Dr. Van Ness or Dr. Quackenbush based on the service of the above identified reports. This notice does not change the date of any hearing, trial or other Court date and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

| | |
|---|---|
| Dated: October 16, 2023 | By: |
| /s/ Kerri-Ann Limbeek | /s/ Stephen M. Hash |
| Deron R. Dacus | Stephen M. Hash (Texas Bar No. 24012800) |
| State Bar No. 00790553 | Samoneh Schickel (Texas Bar No. 24097911) |
| **THE DACUS FIRM, P.C.** | Alexander T. Piala (Texas Bar No. 24110223) |
| 821 ESE Loop 323, Suite 430 | **MCDERMOTT WILL & EMERY LLP** |
| Tyler, TX 75701 | 300 Colorado Street, Suite 2200 |
| Phone: (903) 705-1117 | Austin, Texas 78701 |
| Fax: (903) 581-2543 | Phone: (512) 726-2571 |
| ddacus@dacusfirm.com | shash@mwe.com |
| | sschickel@mwe.com |
| | apiala@mwe.com |
| John M. Desmarais (*pro hac vice*) | |
| Kerri-Ann Limbeek (*pro hac vice*) | David M. Prichard (Texas Bar No. 16317900) |
| Brian D. Matty (*pro hac vice*) | **PRICHARD YOUNG, LLP** |
| Benjamin N. Luehrs (State Bar No. 440317) | Union Square, Suite 600 |
| Kyle G. Petrie (*pro hac vice*) | 10101 Reunion Place |
| Joze Welsh (*pro hac vice*) | San Antonio, Texas 78216 |
| Jun H. Tong (*pro hac vice*) | Telephone: (210) 477-7400 |
| Deborah J. Mariottini (*pro hac vice*) | dprichard@prichardyoungllp.com |
| Gillian F. Moore (*pro hac vice*) | |
| Kevin Goon (*pro hac vice*) | Michael J. Summersgill (Pro Hac Vice) |
| **DESMARAIS LLP** | Jordan L. Hirsch (Pro Hac Vice) |
| 230 Park Avenue | Kevin S. Prussia (Pro Hac Vice) |
| New York, NY 10169 | Harry Hanson (Pro Hac Vice) |
| Telephone: 212-351-3400 | **WILMER CUTLER PICKERING** |
| Facsimile: 212-351-3401 | **HALE AND DORR LLP** |
| jdesmarais@desmaraisllp.com | 60 State Street |
| klimbeek@desmaraisllp.com | Boston, Massachusetts 02109 |
| bmatty@desmaraisllp.com | Tel: (617) 526-6000 |
| bluehrs@desmaraisllp.com | Fax: (617) 526-5000 |
| kpetrie@desmaraisllp.com | michael.summersgill@wilmerhale.com |
| jwelsh@desmaraisllp.com | jordan.hirsch@wilmerhale.com |
| jtong@desmaraisllp.com | kevin.prussia@wilmerhale.com |
| dmariottini@desmaraisllp.com | harry.hanson@wilmerhale.com |
| gmoore@desmaraisllp.com | |
| kgoon@desmaraisllp.com | Amanda L. Major (Pro Hac Vice) |
| | **WILMER CUTLER PICKERING** |
| *Attorneys for Plaintiff Ravgen, Inc.* | **HALE AND DORR LLP** |
| | 1875 Pennsylvania Avenue NW |
| | Washington, DC 20006 |
| | Tel: (202) 663-6000 |
| | Fax: (202) 663-6363 |
| | amanda.major@wilmerhale.com |
| | |
| | *Attorneys for Defendants Natera, Inc.* |
| | *and NSTX, Inc.* |

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on October 16, 2023.

                                        */s/ Kerri-Ann Limbeek*
                                        Kerri-Ann Limbeek