# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RAVGEN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NATERA, INC. and NSTX, INC.,<br><br>Defendants. | **Civil Action No. 1:20-cv-000692-ADA**<br><br>**JURY TRIAL DEMANDED** |

## APPEARANCE OF COUNSEL

| Attorneys for Plaintiff Ravgen, Inc. | Attorneys for Defendants Natera, Inc. and NSTX, Inc. |
|---|---|
| Deron R. Dacus<br>State Bar No. 00790553<br>**THE DACUS FIRM, P.C.**<br>821 ESE Loop 323, Suite 430<br>Tyler, TX 75701<br>Phone: (903) 705-1117<br>Fax: (903) 581-2543<br>ddacus@dacusfirm.com<br><br>John M. Desmarais (*pro hac vice*)<br>Kerri-Ann Limbeek (*pro hac vice*)<br>Brian D. Matty (*pro hac vice*)<br>Benjamin N. Luehrs (State Bar No. 440317)<br>Kyle G. Petrie (*pro hac vice*)<br>Joze Welsh (*pro hac vice*)<br>Jun H. Tong (*pro hac vice*)<br>Deborah J. Mariottini (*pro hac vice*)<br>Gillian F. Moore (*pro hac vice*)<br>Kevin Goon (*pro hac vice*)<br>**DESMARAIS LLP**<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: 212-351-3400<br>Facsimile: 212-351-3401<br>jdesmarais@desmaraisllp.com | Stephen M. Hash<br>Texas Bar No. 24012800<br>Samoneh Schickel<br>Texas Bar No. 24097911<br>Alexander T. Piala<br>Texas Bar No. 24110223<br>**MCDERMOTT WILL & EMERY LLP**<br>300 Colorado Street, Suite 2200<br>Austin, Texas 78701<br>Phone: (512) 726-2571<br>shash@mwe.com<br>sschickel@mwe.com<br>apiala@mwe.com<br><br>David M. Prichard<br>Texas Bar No. 16317900<br>**PRICHARD YOUNG, LLP**<br>Union Square, Suite 600<br>10101 Reunion Place<br>San Antonio, Texas 78216<br>Telephone: (210) 477-7400<br>dprichard@prichardyoungllp.com<br><br>Michael J. Summersgill (*pro hac vice*)<br>Jordan L. Hirsch (*pro hac vice*) |

| **Attorneys for Plaintiff Ravgen, Inc.** | **Attorneys for Defendants Natera, Inc. and NSTX, Inc.** |
|---|---|
| klimbeek@desmaraisllp.com<br>bmatty@desmaraisllp.com<br>bluehrs@desmaraisllp.com<br>kpetrie@desmaraisllp.com<br>jwelsh@desmaraisllp.com<br>jtong@desmaraisllp.com<br>dmariottini@desmaraisllp.com<br>gmoore@desmaraisllp.com<br>kgoon@desmaraisllp.com | Kevin S. Prussia (*pro hac vice*)<br>Harry Hanson (*pro hac vice*)<br>Jonathan A. Cox (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>60 State Street<br>Boston, Massachusetts 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000<br>michael.summersgill@wilmerhale.com<br>jordan.hirsch@wilmerhale.com<br>kevin.prussia@wilmerhale.com<br>harry.hanson@wilmerhale.com<br>jonathan.cox@wilmerhale.com<br><br>Robert J. Gunther, Jr. (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>250 Greenwich Street<br>New York, New York 10007<br>Tel: (212) 230-8800<br>Fax: (212) 230-8888<br>robert.gunther@wilmerhale.com<br><br>Amanda L. Major (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Tel: (202) 663-6000<br>Fax: (202) 663-6363<br>amanda.major@wilmerhale.com<br><br>Mark D. Selwyn (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>2600 El Camino Real,<br>Suite 400<br>Palo Alto, CA  94306<br>Telephone (650) 858-6031<br>mark.selwyn@wilmerhale.com<br><br>*Attorneys for Defendants Natera, Inc.* |

| **Attorneys for Plaintiff Ravgen, Inc.** | **Attorneys for Defendants Natera, Inc. and NSTX, Inc.** |
|---|---|
|  | *and NSTX, Inc.* |