IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

JAN 16 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

RAVGEN, INC.,

        Plaintiff,

v.

NATERA, INC. and NSTX, INC.,

        Defendants.

Civil Action No. 1:20-cv-692-ADA

## VERDICT FORM

In answering the following questions, please follow the directions provided throughout the Verdict Form. Your answer to each question must be **unanimous**. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to and consider the Jury Instructions as you answer these questions in the Verdict Form.

1/16/24

3:12 pm

1

As used herein, "Ravgen" refers to plaintiff Ravgen, Inc. and "Natera" refers to defendants Natera, Inc. and NSTX, Inc. As used herein, "the '277 Patent" means U.S. Patent Number 7,332,277.

## INFRINGEMENT

**QUESTION 1:** Did Ravgen prove by a preponderance of the evidence that Natera infringed the following asserted claims of the '277 Patent?

Answer "YES" or "NO" for each claim.
"YES" is a finding for **Ravgen**. "NO" is a finding for **Natera**.

Claim 125:   YES _Yes_   NO _____

Claim 132:   YES _Yes_   NO _____

## **VALIDITY**

**QUESTION 2:** Did Natera prove by clear and convincing evidence that the following asserted claims of the '277 Patent are invalid?

Answer "YES" or "NO" for each claim.
"YES" is a finding for **Natera**. "NO" is a finding for **Ravgen**.

Claim 125:   YES_____   NO __NO__

Claim 132:   YES_____   NO __NO__

## WILLFULNESS (ONLY IF APPLICABLE)

**Only answer Question 3 if you answered: (1) "YES" to at least one claim in response to Question 1; and (2) "NO" for the same claim(s) in response to Question 2.**

*If you did not find any asserted claim to be both infringed and valid, then you do not need to answer Question 3.*

**QUESTION 3:** Did Ravgen prove by a preponderance of the evidence that Natera willfully infringed the '277 Patent?

Answer "YES" or "NO" for each patent.
"YES" is a finding for **Ravgen**. "NO" is a finding for **Natera**.

YES\_\_\_\_   NO **NO**

5

## DAMAGES (ONLY IF APPLICABLE)

**Only answer Question 4 if you answered: (1) "YES" to at least one claim in response to Question 1; and (2) "NO" for the same claim(s) in response to Question 2.**

*If you did not find any asserted claim to be both infringed and valid, then you do not need to answer Question 4.*

**QUESTION 4:** What is the amount of damages you find that Ravgen has proven by a preponderance of the evidence for Natera's infringement of the '277 Patent?

$ 57,494,719.08

You have now reached the end of the Verdict Form and you should review it to ensure that it accurately reflects your **unanimous** determinations. After you are satisfied that your **unanimous** answers are correctly reflected above, your Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once that is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

I certify that the jury unanimously concurs in every element of the above verdict.

SIGNED this 16th day of Jan 2024.

ORIGINAL SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002