IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RAVGEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATERA, INC. and NSTX, INC., <br><br> Defendants. | Civil Action No. 1:20-cv-000692-ADA <br><br> JURY TRIAL |

**STIPULATION, JOINT PROPOSAL, AND ORDER**
**REGARDING POST-TRIAL SCHEDULE**

Plaintiff Ravgen, Inc. ("Ravgen") and Defendants Natera, Inc. and NSTX, Inc. ("Natera"), subject to the Court's approval, agree to and jointly propose the following post-trial briefing schedule in the above-captioned litigation:

1. On January 12, 2024, the Court held a bench trial regarding Natera's inequitable conduct counterclaim and defense. At the conclusion of the bench trial, the Court instructed the parties to stipulate to dates for filing the Rule 52 proposed findings of fact and conclusions of law. (Trial Tr. at 1614:23–1615:1.)

2. On February 9, 2024, the Court granted the parties an additional five-page memorandum each to clarify their positions taken at the bench trial with regards to Natera's inequitable conduct counterclaim and defense.

3. The parties further expect that one or both parties will file renewed JMOL motions and/or motions for a new trial under Federal Rules of Civil Procedure 50(b) and/or 59 in relation to the jury trial issues.

4. The following schedule for post-trial submissions shall apply:

1

| Deadline | Due Date | Page Limit Per Side |
|---|---|---|
| Natera's proposed findings of fact and conclusions of law (and supporting memorandum) for the bench trial | February 22, 2024 | Memorandum limited to 5 pages |
| Any renewed JMOL motions and motions for new trial for the jury trial | February 22, 2024 | Cumulative limit of 25 pages |
| Ravgen's proposed findings of fact and conclusions of law (and supporting memorandum) for the bench trial | March 14, 2024 | Memorandum limited to 5 pages |
| Opposition briefs to any renewed JMOL motions and motions for new trial | March 14, 2024 | Cumulative limit of 25 pages |
| Reply briefs regarding any renewed JMOL motions and motions for new trial | March 28, 2024 | Cumulative limit of 10 pages |

5. Because the Court has not yet ruled on Natera's inequitable conduct counterclaim/defense, any bill of costs under Federal Rule of Civil Procedure 54 and Local Rule CV-54 that is normally due 14 days after entry of judgment on the jury verdict under Local Rule CV-54.a.1 shall be due, instead, 14 days after entry of an order disposing of the bench trial issues.

6. For clarity and avoidance of doubt, this stipulation shall not apply to post-trial motions other than on Natera's inequitable conduct counterclaim/defense, renewed JMOL, new trial motions, and any bill of costs under Federal Rule of Civil Procedure 54 and Local Rule CV-54; any other post-trial motions shall be briefed in accordance with the default schedule in the Federal Rules of Civil Procedure, the Local Rules for the Western District of Texas, and/or the Court's Standing Orders, unless the parties agree or the Court orders otherwise.

**SIGNED** this 12th day of February, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE